FILED
MAR 07 2024
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# United States District Court
CENTRAL DISTRICT OF ILLINOIS

James Eis Kant,

Plaintiff

vs.

Cecil Polley
David Brownback
Kedra Sedlacek
Dr Duran

Defendant(s)

Case No. ____________
*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: ______________________

☐ Unknown ______________________

***Please refer to the instructions when filling out this complaint.** Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: JAmes FIS KANT

Prison Identification Number: 1361

Current address: 301 WEST FRANKLIN
TAylorvIlle IL 62568

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Cecil Polley

Current Job Title: JAIl AdmInIstrATOR

Current Work Address 301 WEST FRANKLIN
TAylorvIlle IL 62568

Defendant #2:

Full Name: DAvId BrownbAck

Current Job Title: SergeANT

Current Work Address 301 WEST FRANKLIN
TAylorvIlle IL 62568

Defendant #3:

Full Name: Dr DURAN

Current Job Title: Doctor

Current Work Address 301 West FRANKlIN
TAylorvIlle IL 62568

Defendant #4:

Full Name: Kedra Sedlacek

Current Job Title: NURSE

Current Work Address 301 West FRANKlIN
TAylorvIlle IL 62568

Defendant #5:

Full Name: ______

Current Job Title: ______

Current Work Address ______

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case? Yes ☐ No ☒

If yes, please describe ______

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐ No ☒

C. If your answer to B is yes, how many? _______ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number

______________________________________________________________

2. Basic claim made ____________________________________________

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) ____________________________________________

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

Yes ☒ No ☐

If your answer is no, explain why not ____________________________________________

______________________________________________________________

C. Is the grievance process completed? Yes ☒ No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence Christian County Jail

Date(s) of the occurrence July 18 2023 Till Present

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

# I JURISDICTION AND VENUE

1. This is a Civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under Color of State law of rights Secured by the Constitution under the United States. This Court has jurisdiction under 28 U.S.C. Section 1331 and 1343(a)(3). Plaintiff James Eiskant seeks declatory relief pursuant to U.S.C Section 2201 and 2202. Plaintiff Eiskant Claims for injunctive relief and is authorized by 28 U.S.C. Section 2283 and 2284 and rule 65 of the Federal Rules of Civil procedure.

2. The Central District of Illinois is an appropriate venue under 28 U.S.C. Section 1391(b)(2) because it is Where the events giving rise to this Claim occured.

# II PLAINTIFF

3. Plaintiff James Eiskant is and was at all times mentioned herein a inmate at the Christian County Jail. The Plaintiff Eiskant is Currently Confined in the Christian County Jail located at 301 west Franklin Taylorville Illinois. Plaintiff Eiskant is a State pre trial detainee.

# III DEFENDANTS

4. Defendant Cecil Polley is the administrator of the Christian County Jail located at 301 West Franklin

Taylorville Illinois. He is legally responsible for all Staff and actions of that staff at the Christian County Jail.

5. Defendant David Brownback is a Sergeant of the Christian County Jail located at 301 West Franklin Taylorville Illinois. He is legally responsible for supervision of staff and inmates at the Christian County Jail.

6. Defendant Kedra Sedlacek is a nurse of the Christian County Jail. She is legally responsible to see inmates for medical issues and report those issues to the jails doctor at the Christian County Jail.

7. Defendant Dr. Duran is the Doctor at the Christian County Jail. She is legally responsible to See inmates for Medical issues and to read the reports from defendant Sedlacek, prescribe medication to inmates and to refer inmates to outside medical care at the Christian County Jail.

IV FACTS

8. At all times relevant to this case, Plaintiff Eiskant is an inmate at the Christian County Jail at 301 West Franklin Taylorville Illinois.

9. Defendants failed to provide Plaintiff Eiskant with adequate medical care since July 18 2023 in violation of Plaintiffs rights under the 8th Amendment.

10. Upon Coming to the Christian County Jail Plaintiff Eiskant had an appointment on July 20 2023

at Praire Eye Center for surgery on Plaintiffs right eye. This surgery was scheduled by a liscensed Ophthalmologist from Bard Optical.

11. Plaintiff has filed general inquires, medical need for surgery on Plaintiffs right eye. All these requests and grievances gained no results.

12. Plaintiff has been examined by Dr. Smith. Dr. Smith after her exam of the Plaintiff developed a conclusion that the Plaintiff needed to have surgery on Plaintiffs right eye.

13. Plaintiff on or around the begining of January 2024 was taken to Praire Eye Center at 904 West Springfield Road Taylorville Illinois.

14. Dr. Smith informed Defendant Sergeant Brownback the Plaintiff needed surgery on Plaintiffs right eye. Defendant Brownback stated to Dr. Smith not to schedule surgery that Defendant Brownback needed to speak with the medical staff and jail administration to seek the approval.

15. When Plaintiff Eiskant entered the jail on July 18 2023 Plaintiff had some vision in his right eye. From July 18 2023 to present Plaintiff Eiskant has lost more and more of his vision. As of February 27 2024 Plaintiff Eiskant has lost all vision in his right eye.

16. Plaintiff Eiskant spoke Defendant nurse Sedlacek about the medical inquires and grievances Plaintiff had filed. Defendant Sedlacek stated to the

Plaintiff that she "did not care how many grievances the Plaintiff had filed and would not do any fucking good".

17. AS of February 27 2024 Plaintiff has had no Surgery on Plaintiffs right eye. Plaintiff has not recieved any medication for his right eye.

18. As of February 27 2024 Plaintiff has lost all vision in his right eye.

## V LEGAL CLAIMS

19. Defendant Cecil Polley, Christian County Jail Administrator, by disregarding general request, medical request, grievances sent by Plaintiff Eiskant about Plaintiffs right eye. Defendant Polleys action violated Plaintiffs rights under the 8th Amendment to the United States Constitution and cause Plaintiff Eiskant pain, suffering, physical injury and emotional distress.

20. Defendant Cecil Polley, Christian County Jail Administrator, by disregarding the conclusion of Dr. Smith for Plaintiff Eiskant to have Surgery on Plaintiffs Right eye. Defendant Polleys action Violated Plaintiff Eiskants rights under the 8th Amendment to the United States Constitution and caused Plaintiff Eiskant pain, suffering, physical injury and emotional distress.

21. Defendant David Brownback, Sergeant at the Christian County Jail by disregarding the report of Dr. Smith about Plaintiff Eiskant needing Surgery of Plaintiffs right eye. Defendant Brownbacks action

violated Plaintiff Eiskants rights under the 8th Amendment to the United States Constitution and Caused Plaintiff Eiskant pain, Suffering, physical injury and emotional distress.

22. Defendant Dr. Duran, doctor at the Christian County Jail by disregarding medical requests by Plaintiff Eiskant and by disregarding the report of Dr. Smith about Plaintiff Eiskants need for surgery to Plaintiffs right eye. Defendant Dr. Durans action violated Plaintiff Eiskants rights under the 8th Amendment to the United States Constitution and Caused Plaintiff Eiskant pain, Suffering, physical injury and emotional distress.

23. Defendant Kedra Sedlacek, nurse at the Christian County Jail by disregarding medical request, and grievances sent by Plaintiff Eiskant about Plaintiff Eiskants right Eye. Defendant Sedlaceks action violated Plaintiff Eiskants rights under the 8th Amendment to the United States Constitution and Caused Plaintiff Eiskant pain, Suffering, Physical injury and emotional distress.

24. Plaintiff Eiskant has no plain, adequate or Complete remedy at law to redress the wrongs described here in. Plaintiff Eiskant has been and will Continue to be irreparable injured by the Conduct of the defendants unless this Court grants the declatory injunctive and Monetary relief which the Plaintiff seeks.

# VI PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that this Court enters Judgement:

25. Granting Plaintiff Eiskant a declaration that the acts and omissions described here in violated Plaintiffs rights under the Constitution and laws of the United States AND

26. Granting Plaintiff a preliminary and permant injunction to seek Defendants to provide Plaintiff Eiskant surgery on Plaintiffs right eye AND

27. Granting Plaintiff Compensatory damages in the amount of $25,000.00 against each defendant jointly and severally AND

28. Granting Plaintiff nominal and punitive damages in the amount of $5,000.00. Plaintiff Eiskant seeks these damages against each defendant jointly and severally AND

29. Plaintiff also seeks a jury trial on all issues triable by jury AND

30. Plaintiff also seeks any additional relief this Court deems just, proper and equitable AND

31. Plaintiff also seeks recovery of the cost in this suit.

Respectfully Submitted

[signature]

James Eiskant
301 W. Franklin
Taylorville Il 62568

RELIEF REQUESTED

(State what relief you want from the court.)

JURY DEMAND Yes [X] No [ ]

Signed this 28 day of February, 2024.

James Earl Kant

(Signature of Plaintiff)

| Name of Plaintiff: JAmes EIS KAnT | Inmate Identification Number: 1361 |
| --- | --- |
| Address: 301 West FRANKlin TAylorvIlle IL 62568 | Telephone Number: None |

# VERIFICATION

I have read the forgoing Complaint and hereby Verify that the matters alleged therein are true, except as to matters alleged on information and belief and as to these, I believe them to be true. I certify under penalty of purjury that the forgoing is true and correct.

Executed at Taylorville Illinois on this 28 day February 2024.

James EISKANK
301 W. FRANKLIN
Taylorville IL 62568




Legal Mail

UNITED STATES DISTRICT COURT
600 East Monroe St.
Springfield IL 62701

CORRESPONDENCE FROM
CORRECTIONAL FACILITY

Legal Mail