E-FILED
Monday, 20 July, 2026 04:05:47 PM
Clerk, U.S. District Court, ILCD

FILED
JUL 2 0 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
for the
~~Southern~~ Central District of Illinois

JAMES T. EISKANT
Plaintiff(s)

vs.

CECIL POLLEY, et al
Defendant(s)

Case Number: 124-cv-03054

# MOTION FOR RECRUITMENT OF COUNSEL

NOTE: Failure to complete all items in this form may result in the denial of this motion.

1. I, JAMES T. EISKANT, am the (check appropriate box) [X] plaintiff [ ] defendant in this case, I am unable to afford the services of an attorney, and I ask the Court to recruit counsel to represent me in this case. I understand that the Court will attempt to recruit counsel to represent me only if certain criteria are met.

2. I have tried to find an attorney to take my case by doing the following: (Describe in detail everything you have done to try to get an attorney to take your case so the judge can determine whether you have made a reasonable effort to obtain representation and attach copies of any documents which show you have tried to find an attorney – use additional pages if necessary.) I GOT THE BOOK OF ALL ATTORNEYS See ATTACHED SHEETS! I'VE WROTE TO OFFERED A CONTINGINCY FEE AS WELL. I'VE CALLED STINGER ROSS BLATE REFUSED!

In spite of my efforts, I have been unable to find an attorney, because:
THEY WILL NOT ANSWER MY LETTERS, WONT ACCEPT CALLS FROM PRISON. OR TALK ABOUT TIME LIMITS.

3. Check the appropriate box:

[X] I am not now, and previously have not been, represented by an attorney recruited or appointed by the Court in this or any other civil or criminal case before this Court.

[ ] I am now, or previously have been, represented by an attorney recruited or appointed by the Court in the case(s) described on the next page.

4. Check the appropriate box:

[X] I have attached to this motion an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

[ ] I previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, and it is a true and correct representation of my current financial status.

[ ] I previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, but my financial status has changed. I have attached an Amended Application to Proceed *In Forma Pauperis* showing my current financial status.

5. The highest level of education I have completed is (check appropriate box):

[X] Grade school only [ ] Some high school [ ] High school graduate
[ ] Some college [ ] College graduate [ ] Post-graduate

6. I believe that I am not able to represent myself, because

[ ] English is not my primary language (check only if applicable); and/or

[ ] I cannot speak, write, and/or read English very well because (check only if applicable and explain):

[ ] Other (please explain):

7. Finally, I state that I am taking the following medications (list all medications or attach a list on a separate sheet):

See ATTAched sheet!

8. As indicated in paragraph three on the first page of this motion, an attorney has represented me in the following cases before this Court (attach additional pages, if necessary):

Assigned Judge: ______________________ Case Number: ______________
Case Title: ______________________
Attorney Name: ______________________
If this case is still pending, please check box [ ]

Assigned Judge: ______________________ Case Number: ______________
Case Title: ______________________
Attorney Name: ______________________
If this case is still pending, please check box [ ]

I declare under penalty of perjury that the foregoing is true and correct.

[signature]
Movant's Signature

7-16-26
Date

9330 ShuTTC Rd
Street Address

CeNTRALia IL 62801
City, State, Zip

St 29th Fl Chgo 60602 ***312-960-2260*** Fax: 312-960-2268 (Adm IL 80)

**SUTTERER, JENNIFER** Pretzel & Stouffer Chartered 200 S Wacker Dr 26th Fl Chgo 60606 ***312-346-1973*** Fax: 312-346-8242 (Adm IL 23)

**SUTTERFIELD, DAVID W.** Sutterfield Law Offices PC 208 S Second St PO Box 836 Effingham 62401 ***217-342-3100*** Fax: 217-347-8723 (Adm IL 80)

**SUTTI, ANNA BARREIRO** Wells Fargo Commercial Distribution Finance LLC Wells Fargo & Company 10 S Wacker Dr Chgo 60606 (Adm IL 09)

**SUTTLE, JENNIFER M.** Barker Castro & Steinback LLC 303 W Madison St Suite 700 Chgo 60606 ***312-855-9307*** Fax: 312-855-9310 (Adm IL 99)

**SUTTLE, JONATHAN C.** Michael D Gallo & Associates 120 N La Salle St Suite 1900 Chgo 60602 ***312-683-3000*** Fax: 855-753-3325 (Adm IL 00)

**SUTTON, ANDRE A.** Law Office of the Cook County Public Defender 69 W Washington St 16th Fl Chgo 60602 ***312-603-0600*** Fax: 312-603-9626 (Adm IL 18)

**SUTTON, ARTHUR D.** Arthur D Sutton & Associates PO Box 1368 Matteson 60443 ***708-747-3233*** Fax: 708-747-3233 (Adm IL 93)

**SUTTON, CARLYLE J.** Linebarger Goggan Blair & Sampson LLP 233 S Wacker Dr Suite 4030 Chgo 60606 ***312-526-1200*** Fax: 312-526-1260 (Adm IL 11)

**SUTTON, EMILY S.** Sutton Law & Mediation, P.C. 222 S Randolph St Macomb 61455 ***701-484-2224*** (Adm IL 04)

**SUTTON, EMMA L.** Winston & Strawn LLP 35 W Wacker Dr Chgo 60601 ***312-558-5600*** Fax: 312-558-5700 (Adm IL 23)

**SUTTON, ERIN GRACE** Epstein Becker & Green PC 227 W Monroe St Suite 3250 Chgo 60606 ***312-499-1494*** Fax: 312-845-1998 (Adm IL 15)

**SUTTON, JAWUAN C.** 332 S Michigan Av Suite 1032-S298 Chgo 60603 (Adm IL 15)

**SUTTON, KERRY D.** Illinois State Police 801 S Seventh St Room 1000-S Springfield 62703 ***217-782-7658*** Fax: 217-524-5743 (Adm IL 95)

**SUTTON, KYLE** Medix Staffing Solutions Inc 222 S Riverside Plaza Suite 2120 Chgo 60606 ***312-487-2577*** Fax: 630-725-9049 (Adm IL 17) 6-3-26

**SUTTON, NORMA J.** 825 S Oakley Blvd Chgo 60612 ***312-421-6459*** (Adm IL 80) No answer 5-28-26

**SUTTON, PATRICK A.** Ethics & Compliance Department AbbVie Inc One N Waukegan Rd Dept ZZ10 Bldg ABV1 North Chicago 60064 ***847-937-5430*** (Adm IL 09)

**SUTTON, SARAH J.** Sutton Law LLC 333 S Wabash Av Suite 2700 Chgo 60604 ***773-340-2678*** Fax: 773-260-0587 (Adm IL 11)

**SUTTON, STEVEN A.** 4208 N Timber Cir Peoria 61614 ***309-674-7700*** (Adm IL 78)

**SUVA, SCOTT A.** 1391 64th St La Grange Highlands 60525 ***708-579-0835*** (Adm IL 82)

**SVAJGL, JAMES L.** Foley & Mansfield PLLP 55 W Monroe St Suite 3430 Chgo 60603 ***312-254-3800*** Fax: 312-254-3801 (Adm IL 06)

**SVANASCINI, KATHLEEN M.** Midwest Law Group 18700 S Wolf Rd Suite 211 Mokena 60448 ***708-361-7001*** (Adm IL 95)

**SVANASCINI, MICHAEL** americaneagle.com 2600 S River Rd Des Plaines 60018 ***847-699-0300*** Fax: 847-699-4207 (Adm IL 91)

**SVATEK, MARLOW E.** Barack Ferrazzano Kirschbaum & Nagelberg LLP 200 W Madison St Suite 3900 Chgo 60606 ***312-629-7306*** Fax: 312-984-3150 (Adm IL 17)

**SVEC, DAVID M.** Milton A Svec Associates 10526 W Cermak Rd Suite 114 Westchester 60154 ***708-788-1200*** Fax: 708-788-7990 (Adm IL 80)

**SVEDMAN, MEGAN** Pollination Law LLC 216 N May St Unit 4A Chgo 60607 ***(847) 848-5506*** (Adm IL 19)

**SVEHLA, JEFFREY B.** Plante Moran PLLC 10 S Riverside Plaza Suite 900 Chgo 60606 ***312-899-4460*** (Adm IL 09)

Palatine 60067 (Adm IL 95)

**SVENSSON, ALEXANDRA** Much Shelist PC 191 N W... Suite 1800 Chgo 60606 ***312-521-2765*** Fax: 312-... (Adm IL 12)

**SVERDLOFF, JULIA** Sverdloff Law Group PC 120 S State ... 200 Chgo 60603 ***312-238-9090*** Fax: 312-277-1024 ... 07)

**SVETOV, GARRICK** 2380 Highmoor Rd Highland Park ... ***847-828-5595*** Fax: 847-430-5014 (Adm IL 93)

**SVIGOS, ANASTASIA** Anastasia Svigos Mediation 950 ...minster Lake Forest 60045 ***847-234-1144*** (Adm IL 9...)

**SVIOKLA, JOHN J. II** District 1 Cook County States Attorney ... W Harrison St Suite 2700 Chgo 60607 ***312-325-920...*** 312-325-9295 (Adm IL 14)

**SVISTCHOVA, MARIA** Family Defense Conflicts Law Office ... Cook County Public Defender 2245 W Ogden Av Chgo ... ***312-433-7046*** Fax: 312-433-4268 (Adm IL 03)

**SVITAK, JONATHAN J.** Shannon Law Group PC 682... Valley Dr Suite 101 Woodridge 60517 ***312-578-950...*** 312-268-5474 (Adm IL 14)

**SVOBODA, GEORGE W.** Law Office of George W Svoboda ... Box 1299 McHenry 60051 ***224-360-0696*** (Adm IL 94)

**SVOBODA, J. STEVEN** McCracken & Gillen LLC 1315 W ... Suite 225 Oak Brook 60523 ***630-286-7600*** Fax: 630-28...

**SVOBODA, MITCHELL R.** KPMG LLP 200 E Randolph St ... 60601 ***312-665-1000*** (Adm IL 18)

**SVOBODA, PAUL A.** Sidley Austin LLP One S Dearborn St ... 60603 ***312-853-4106*** Fax: 312-853-7036 (Adm IL 86)

**SVOBODA, RORY** McGuireWoods LLP 77 W Wacker Dr ... 4100 Chgo 60601 ***312-750-3558*** Fax: 312-849-369... 22) 5-23-26 No Answer

**SWABB, TIMOTHY L.** Law Offices of Timothy L Swabb 62... Legett Av Chgo 60646 (Adm IL 86)

**SWABY, JASON-RAY** Michael Best & Friedrich LLP River... 444 W Lake St 32nd Fl Chgo 60606 ***312-596-5850*** Fax: ... 222-0818 (Adm IL 23)

**SWAFFORD, ERIN ROGOZINSKI** Vi 233 S Wacker Dr Suite ... Chgo 60606 ***312-803-8561*** Fax: 312-803-8801 (Adm IL ...)

**SWAIN, JONATHAN T.** Eat Drink and Be Events 1507 E 5... #887 Chgo 60615 (Adm IL 99)

**SWAIN, KALIMA Z.** Labor & Employment Chicago Tr... Authority 567 W Lake St 6th Fl Chgo 60661 ***312-681-...*** (Adm IL 19)

**SWAIN, TIM** Swain Law LLC 111 E Morningside Dr Peoria 6... ***309-453-0798*** Fax: 309-692-8328 (Adm IL 63)

**SWAINE, KELLY A.** OpticsPlanet Inc 3150 Commercial Av ...brook 60062 ***847-513-6201 ext:310*** (Adm IL 06)

**SWALLOW, WILLIAM C.** Clyde & Co (US) LLP 30 S Wacker ... Suite 2600 Chgo 60606 ***312-635-6909*** Fax: 312-635-... (Adm IL 07)

**SWAMINATHAN, ANAND** Loevy & Loevy 311 N Aberdeen S... Fl Chgo 60607 ***312-376-8345*** Fax: 312-243-5902 (Adm ...)

**SWAN, CYNTHIA G.** Section of Family Law American Bar Association 321 N Clark St Chgo 60654 ***312-988-5619*** Fax: ... 988-6281 (Adm IL 13)

**SWAN, KATHLEEN J.** Locke Lord LLP 111 S Wacker Dr ... 4100 Chgo 60606 ***312-201-2525*** (Adm IL 85)

**SWAN, KIMBERLY J.** Exelon Corporation Three Lincoln ... Oakbrook Terrace 60181 ***630-684-3317*** (Adm IL 09)

**SWAN, PETER G.** Peter Swan P.C. 798 Bob-O-Link Rd High... Park 60035 ***(847) 254-6909*** (Adm IL 84)

**SWAN, RACHELLE C. HATCHER** Felony Trial Division ... Office of the Cook County Public Defender 2650 S Californ... 7th Fl Chgo 60608 ***773-674-3217*** Fax: 773-674-324... (Adm IL 09)

**SWAN, RYAN P.** Paul Hastings LLP 71 S Wacker Dr 45th Fl ... 60606 ***312-499-6080*** Fax: 312-499-6100 (Adm IL ...)

**SWANAGAN, ANTHONY C.** Motions Section Circuit Co... Cook County Daley Ctr Room 2208 Chgo 60602 ***312-...*** (Adm IL 87)

ce of the DuPage County
03 N County Farm Rd W
30-407-8310 (Adm IL 1
eney Scharkey & Blatchar
Chgo 60606 **312-384-125**

lyde & Co (US) LLP 30 S W
**12-635-6978** Fax: 312-635

ice of the Kankakee County S
450 E Court St Kankakee
-5801 (Adm IL 10)
eney Law 219 E South Second
**11** (Adm IL 00)
aw Office of Sharon L Sweene
Lisle 60532 **630-964-3368**

l Jennings Co., LPA 161
**12) 619-3550** Fax: 312

1 W Windsor Rd Urbana

nelli PC 150 N Riverside
**-3664** Fax: 312-873-4353 (Adm

IL Workers Compensation
t Suite 900 Chgo 60602 312

han Zouras LLP 222 W
**12-233-1550** Fax: 312

m Insurance Companies One
ington 61710 **309-763-7976**

Law Center 2105 Vandalia St
**556-1000** (Adm IL 05)
lchle Hartley French & Mudd
ardsville 62025 **618-655-0439** Fa
)
eogh Law Ltd 55 W Monroe St
**4-3401** Fax: 312-726-1095 (Adm

d & Ellis LLP and Affiliated Partne
Plaza Chgo 60654 **312-862-3**

nna Storer 33 N La Salle
**4** Fax: 312-558-8348 (Adm
w Firm PC 70 E Lake St Suite
**5** Fax: 312-268-7284 (Adm IL 0
aw LLC 1431 Opus Pl Suite
5 **708-875-2997** (Adm IL 2
ET **M.** MSD Injury Lawyers
go 60601 **312-868-1906** Fax

127th St Suite B Crestwood
9)
Trustmark Insurance Co 400
**15-1500** Fax: 847-615-3872 (Adm

Morgan Lewis & Bockius LLP
go 60606 **312-324-1741** Fax

dder Price PC 222 N La Salle St
**09-7627** Fax: 312-609-5005 (Adm

Emerson Law Firm LLC 715
1 **708-660-9190** Fax: 708-22

he Semrad Law Firm LLC
**312-913-1416** (Adm IL 18)

chigan Av Suite 445 Chgo 60604 **312-886-3465** Fax: 312-
-6500

**RDLOVE, ALISA L.** Advocus National Title Insurance Co One Wacker Dr Suite 2400 Chgo 60606 **312-752-1463** (Adm IL

**TLAND, BENJAMIN R.** Myron M Cherry & Associates LLC N La Salle St Suite 2300 Chgo 60602 **312-372-2100** Fax: -853-0279 (Adm IL 11)

**ATEK, MICHAEL G.** 4820 W Berwyn Av Chgo 60630 **773--2015** Fax: 773-777-2035 CALL prior (Adm IL 80)

**ATKOWSKI, MARTIN F.** Law Office of Martin F Swiatkowski 9335 S Central Park Ave Suite 202 Evergreen Park 60805 **-349-1596** Fax: 708-349-1598 (Adm IL 80)

**BEL, ERIC R.** Latham & Watkins LLP 330 N Wabash Av Suite 0 Chgo 60611 **312-777-7185** Fax: 312-993-9767 (Adm IL

**BEL, HOWARD J.** Saul Ewing LLP 161 N Clark St Suite 4200 o 60601 **312-876-7164** Fax: 312-876-0288 (Adm IL 75)

**BEL, STEVEN W.** Law Offices of Steven W Swibel 28 Burning Ln Deerfield 60015 **847-858-4116** (Adm IL 71)

**IONIS, JAMES E.** 31 W Jackson Av La Grange Park 60526 **-484-3991** (Adm IL 98)

**ERSKI, MARK M.** Litwin Kach LLC 200 N La Salle St Suite 0 Chgo 60601 **312-883-1812** (Adm IL 16)

**LER, SEAN S.** Swidler Law Group LLC 444 W Lake St Suite 0 Chgo 60606 **312-574-0695** (Adm IL 99)

**N, KATHLEEN A.** Seyfarth Shaw LLP 233 S Wacker Dr e 8000 Chgo 60606 **312-460-5371** Fax: 312-460-7000 m IL 89)

**SS, JOHN J.** 1333 Burr Ridge Parkway Suite 200 Burr ge 60527 **630-586-9432** Fax: 630-586-9437 (Adm IL 80)

**TKOWSKI, ANNA** Swietkowski & Swietkowski PC 111 W son Blvd Suite 1700 Chgo 60604 **773-774-4252** Fax: -774-4254 (Adm IL 01)

**TKOWSKI, BEATA E.** Swietkowski & Swietkowski PC 111 Jackson Blvd Suite 1700 Chgo 60604 **773-774-4252** Fax: -774-4254 (Adm IL 03)

**, BRIAN** AU LLC 444 W Lake St Suite 1756 Chgo 60606 **-715-7312** (Adm IL 21)

**, DANIEL R.** 180 N Michigan Av Suite 1845 Chgo 60601 **629-1007** (Adm IL 11)

**, JAMES P.** 305 Rivershire Ct Lincolnshire 60069 **847--2258** (Adm IL 78)

**, KATHERINE M.** Bartlit Beck LLP Courthouse Place 54 W ard St 3rd Fl Chgo 60654 **312-494-4405** (Adm IL 06)

**, KELLIE A.** Riemer & Braunstein LLP 71 S Wacker Dr 3515 Chgo 60606 **312-780-1167** Fax: 312-277-3468 m IL 05)

**, MATTHEW M.** Robbins Schwartz 190 South LaSalle St 2250 Chgo 60603 **312-332-7760** Fax: 312-332-7768 m IL 16)

**, RYAN A.** Boone County Circuit Court 17th Judicial Circuit e County Courthouse 601 N Main St Room 2 Belvidere 8 **815-544-0371** (Adm IL 06)

**, THOMAS NYE** 747 N La Salle St Suite 500B Chgo 60654 **893-1057** (Adm IL 86)

**ART, ANDREW B.** 1330 W Monroe St #309 Chgo 60607 **531-7696** (Adm IL 10)

**, DOUGLAS B.** Sheppard Mullin Richter & Hampton LLP N Clark St 32nd Fl Chgo 60654 **312-499-6306** Fax: 312-6301 (Adm IL 89)

**INGER, MARK B.** 401 N Michigan Av Suite 1200-82 Chgo 1 **312-519-5643** Fax: 312-840-8201 (Adm IL 74)

**DELLS, JUSTIN D.** Ice Miller LLP 200 W Madison St Suite 0 Chgo 60606 **312-705-6021** Fax: 312-726-7102 (Adm IL

**DEN, ANDREW** Swinden Law Group LLC 55 E Monroe St 3800 Chgo 60603 **847-845-3739** (Adm IL 17)

District - Illinois US Department of Veterans Affairs 5000 S Fifth Av Hines 60141 **708-202-2216** Fax: 708-202-2239 (Adm IL 94)

**SWINGLE, ADAM T.** White & Case LLP 111 S Wacker Dr Suite 5100 Chgo 60606 **312-881-5400** Fax: 312-881-5450 (Adm IL 18)

**SWINNEA, NATALIE R.** Child Support Enforcement Division Cook County States Attorney 180 N La Salle St 16th Fl Chgo 60602 **312-345-2200** (Adm IL 02)

**SWINTEK, LAUREN M.** BMO Harris Bank BMO Private Bank and CTC | myCFO 111 W Monroe St PO Box 755 Chgo 60603 **312-461-2189** (Adm IL 13)

**SWIRSKY, ERIC S.** University of Illinois Chicago 1919 W Taylor St MC 530 Chgo 60612 **312-996-8237** (Adm IL 09)

**SWISE, KATHERINE L.** Miller Hall & Triggs LLC Commerce Bank Bldg 416 Main St Suite 1125 Peoria 61602 **309-671-9600** Fax: 309-671-9616 (Adm IL 10)

**SWISTARA, MICHAEL J.** Animal Legal Defense Fund 150 S Wacker Dr Suite 2400 Chgo 60606 **773-883-2634** (Adm IL 22)

**SWITZER, ANN E.** Office of the Boone County States Attorney Boone County 601 N Main St Suite 302 Belvidere 61008 **815-544-0868** Fax: 815-547-4847 (Adm IL 89)

**SWITZER, DAYNA L.** PO Box 185 Jerseyville 62052 **(618) 946-6989** (Adm IL 01)

**SWITZER, JERRY L. JR.** Polsinelli PC 150 N Riverside Plaza Suite 3000 Chgo 60606 **312-873-3626** Fax: 312-893-2005 (Adm IL 92)

**SWITZER, JOSEPH P.** Swanson Martin & Bell LLP 330 N Wabash Av Suite 3300 Chgo 60611 **312-321-8432** Fax: 312-321-0990 (Adm IL 80)

**SWITZER, MICHAEL D.** Actuate Law LLC 641 W Lake St 5th Fl Chgo 60661 **312-579-3132** (Adm IL 08)

**SWOFFORD, STEPHEN R.** 851 Kimball Rd Highland Park 60035 **(847) 433-7590** (Adm IL 75)

**SWYGERT, GREGORY R.** Northwestern Pritzker School of Law 375 E Chicago Av Chgo 60611 **312-503-8576** Fax: 312-503-2035 (Adm IL 07)

**SYBERT, KEVIN L.** Neumann & Sybert PO Box 562 Greenville 62246 **618-664-9430** Fax: 618-664-9193 (Adm IL 98)

**SYDEL, E. JEFFERY** Sydel & Sydel Ltd 222 W Adams St Suite 110 Chgo 60606 **312-218-4653** Fax: 312-332-4619 (Adm IL 74)

5-28-24

**SYED, AHAD** Syed Law 125 S Wacker Dr Suite 300 Chgo 60606 **312-618-0713** (Adm IL 17)

**SYED, AMEENA** Katz & Stefani LLC 222 N La Salle St Suite 2150 Chgo 60601 **312-364-9000** Fax: 312-364-9035 (Adm IL 19)

**SYED, AREEB SOHAIL** Faegre Drinker Biddle & Reath LLP 320 S Canal St Suite 3300 Chgo 60606 **312-569-1104** (Adm IL 22)

**SYED, FARIHAH AKHTAR** District 3 Cook County States Attorney 2121 Euclid Av Rolling Meadows 60008 **847-818-2251** (Adm IL 21)

**SYED, RIZWAN M.** Aveiro Strategy Consulting 716 Indian Rd Glenview 60025 **(312) 215-9106** (Adm IL 07)

**SYED, SUKAINA M.** 166 N Aberdeen Unit 2113 Chgo 60607 (Adm IL 19)

**SYGULLA, RICHARD J.** 425 E Iroquois St Sheldon 60966 **815-429-3667** (Adm IL 71)

**SYKES, BENJAMIN P.** Locke Lord LLP 111 S Wacker Dr Suite 4100 Chgo 60606 **312-443-0318** (Adm IL 13)

**SYKES, DAVID A.** Chapman and Cutler LLP 320 S Canal St 27th Fl Chgo 60606 **415-278-9038** Fax: 628-221-5793 (Adm IL 20)

**SYKES, DIANE S.** US Court of Appeals 7th Circuit 219 S Dearborn St Suite 2674 Chgo 60604 **312-435-5824**

**SYKES, KENDAL L.** Vrdolyak Law Group LLC 7711 W 159th St Suite 200 Tinley Park 60477 **708-429-2332** Fax: 708-429-1281 (Adm IL 19)

**SYKES, MAURICE L.** Arrest Response Division (ARD) Law Office of the Cook County Public Defender 2245 W Ogden Av Chgo 60612 **312-433-7046** Fax: 312-433-4268 (Adm IL 94)

# MedicATions

| | |
|---|---|
| LISINOPRIL 40mg TAB | FAMOTIDINE 20mg |
| FUROSEMIDE 20mg TAB | REMRON 60 mg. |
| ATORVASATAN 80 mg TAB | |
| CARVEDILOL 12.5mg TAB 2X M/N | |
| APAP 500mg X2 X3 Times ADAY | |
| TAMSULOSIN-HCL 0.4 mg CAP | |
| ROPINIROLE/ Requip 2mg TAB | |
| DAPAGLIFLOZIN 10mg TAB | |
| IBUPROFEN 400 mg TAB X2 EVERY 8 hR. | |
| ASPRIN Chew 81mg X1 | |
| PAROXATINE 20 mg. | |

LOEVY + LOEVY

July 1, 2026

311 N. Aberdeen Street
Chicago, Illinois 60607
(312) 243-5900
www.loevy.com

***CONFIDENTIAL LEGAL CORRESPONDENCE***

*Via USPS Mail*
James Eiskant B27936
Centralia Correctional Center
9330 Shattuc Road
Centralia, IL 62801

*Re: Your request for legal representation*

James Eiskant:

This letter is to inform you that after reviewing your file, we are unfortunately unable to take your case.

Please be advised that there are time limitations that govern the period in which a claim or lawsuit may be filed. Such time periods depend on the cause of action you may wish to pursue. However, we encourage you to follow up with other attorneys immediately to ensure that all legal rights are fully explored and protected.

We appreciate your decision to contact us, and wish you the best of luck in pursuing your claims.

Sincerely,

Loevy & Loevy

Transgender Law Center

PO Box 70976
Oakland, CA 94612
www.transgenderlawcenter.org

To whom it may concern: Eiskant

Thank you for writing to Transgender Law Center (TLC). We have not yet reviewed your letter but wanted to write back to acknowledge that we have received your letter, postmarked: 05/23/26

We will review your letter to determine what resources we have access to that may be of use to you and send a full response as quickly as possible. Please note that due to our limited staffing, it typically takes at least four weeks to receive a response. Due to recent staffing changes, we are currently experiencing a backlog of letters. As a result, it may take up to 3–6 weeks to receive a standard response.

For those few letters that require additional research or information requests, we may not be able to send a response for a few months. Thank you so much in advance for your patience and understanding.

**If your letter is simply providing an update and does not include a new request or question, we will not be sending a response, but please know that we always appreciate hearing your updates and will note them in your file.**

Please note that Transgender Law Center cannot take on new clients or engage in direct advocacy at this time. Please do not send us any documentation except by our request, especially any grievances or documentation for which you do not have additional copies, since we may not be able to return documents sent to us.

For the time being, we are including a copy of our resource "Advocating for Yourself While in Custody in California," which we hope will provide a very basic overview of some relevant laws and processes. Despite the title of this resource, please know that we welcome and respond to letters from across the country, and that the majority of the information contained in the fact sheet is applicable in every state; all of the info that only applies to people incarcerated in California is clearly labeled.

It is important for you to understand that this letter and any accompanying resources are legal information, not legal advice. Transgender Law Center cannot offer to represent you at this time, and any future representation would only commence after a written, signed representation agreement. Any legal claims you may have are likely subject to deadlines which could cause you to lose the right to pursue those claims in the future. We are unable to say whether any deadlines have passed or will soon pass. We encourage you to consult with an attorney or research applicable statutes of limitations so that you do not miss a potential deadline.

We hope this helps. Once again, we want to thank you for your patience. We are looking forward to hearing from you with any updated information that you may have.
Transgender Law Center

*This letter was prepared by a volunteer or legal worker under the supervision of Transgender Law Center's senior staff attorney, Shawn Meerkamper (admitted in California and Nevada (inactive) only. California State Bar Number 296964.*

tlc
Attorney-At-Law
Dale Melchert, Cal. Bar No. 362885
Transgender Law Center
Mail Verification: (510)587-9696 Ext. 324
P.O. Box 70976
Oakland, CA 94612

OAKLAND CA 945
12 JUN 2026 PM 5

quadient
FIRST-CLASS MAIL
IMI
$000.74 º
06/11/2026 ZIP 94612
044K33238676
US POSTAGE

PRIVILEGED

James T. Eiskant B27936
Centralia Correctional Center
9330 Shattuc Road
Centralia, IL 62801

62801-583030

LOEVY & LOEVY
311 N. Aberdeen St. #300
Chicago, IL 60607

US POSTAGE IMI PITNEY BOWES
FIRS
ZIP 60607
02 7H
0006065097
$ 000.74⁰
JUL 07 2026

**_CONFIDENTIAL LEGAL CORRESPONDENCE_**

James Eiskant B27936
Centralia Correctional Center
9330 Shattuc Road
Centralia, IL 62801

E2801358830 R004

JAMES T. EISWAUT B82793
9330 ~~SHATTE~~ Rd
SHATTUC
CENTRALIA IL 62801

This Correspondence
Is From An Inmate
of The IL Dept
of Corrections

FIRST-CLASS

US POSTAG
ZIP 62801
02 7W
00080333

OFFICE OF The US DISTRICT COU
100 ~~500~~ E MONROE ST
ROOM 309
PEORIA IL 61602