24-3054

E-FILED
Monday, 03 August, 2026 02:23:49 PM
Clerk, U.S. District Court, ILCD

FILED
AUG - 3 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Assigned Grievance #/Institution: Housing Unit: Bed #:

1st Lvl rec: 2nd Lvl rec:

ILLINOIS DEPARTMENT OF CORRECTIONS
**Individual in Custody's Grievance**

when I seen him And what he told me
I also explained That I suplyed medical
Records from Amanda Grason from
Taylorville vision center who
stated that, Sergery needed
to be done!! He stated he would put me
in for sergery this is the seconed Time
He stated That! And for the seconed
Time These Records don't exist, The
nurses in Vandalia CC And The Nurse
practicener said they wern't in
my Files from graham either.
when I arived here in centralia They
wern't in my files either, so I suplyed
Another copy for my mars.
I am still haveing pain in my eye
its constantley itching, Dry, hurts bad.
and yet nothing is Being done
About it, I've ask the nurses several
Times but to no Avail. This is the The Third
grievance I have Filed waiting on answers.
I was told on one of them if the report that
the optomitrist suposeably Filed shows up
I will Be givin A copy. I've still yet to
Recive it, or be let know if it has
Been secdueled yet?
The pain is getting worse. I can not see
anything at all.

Assigned Grievance #/Institution: ______ Housing Unit: ______ Bed #: ______

1st Lvl rec: ______ 2nd Lvl rec: ______

ILLINOIS DEPARTMENT OF CORRECTIONS
**Individual in Custody's Grievance**

| Date: | Individual in Custody (please print): | ID #: | Race (optional): |
|---|---|---|---|
| Present Facility: | | Facility where grievance issue occurred: | |

**Nature of grievance:**

- ☐ Personal Property ☐ Mail Handling ☐ Medical Treatment ☐ ADA Disability Accommodation
- ☐ Staff Conduct ☐ Dietary ☐ HIPAA ☐ Restoration of Sentence Credit
- ☐ Other (specify): ______
- ☐ Disciplinary Report ______ Date of report ______ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if **EMERGENCY** grievance
Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

ON 1-4-26 I WAS CALLed OVER TO H.C.4, AROUNd 1030 - 1100 AM, TO See The OPTOMITRIST SAme genTeLMAN I SeeN IN RecVING INGRMHAM C.C. ONLY IT WAS here IN CeNTRALIA C.C. This Time I SeNT A HIPPA FORM Signed ASKING FOR A COPY OF ThaT RePORT BUT I've BeeN TOLd ThAT (RecORd) DOSe NOT EXSIST, I KNOW who I SeeN

☒ Continued on reverse

**Relief Requested:**

______

☐ Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☒ Check if this is **NOT** an emergency grievance.

Individual in Custody's Signature ______ ID# ______ Date ______

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable) Date Received: ______ ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

______

Print Counselor's Name ______ Sign Counselor's Name ______ Date ______

**Note to individual in custody:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received: ______

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Individual in custody should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature ______ Date ______

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | **B27936** | **Counseling Date** | 02/17/26 07:45:16:543 |
| **Offender Name** | **EISKANT, JAMES T.** | **Type** | Collateral |
| **Current Admit Date** | 09/04/2025 | **Method** | Grievance |
| **MSR Date** | 01/16/2032 | **Location** | CEN GRIEVANCE OFFICER |
| **HSE/GAL/CELL** | E2-A -08 | **Staff** | MORGAN, DANIEL J., Correctional Counselor II |

---

Grievance is being returned to you due to not completing the form correctly. No complete incident date (MONTH, DAY, YEAR) listed within the SUMMARY OF GRIEVANCE section. If you properly complete the grievance in accordance with DR 504.810 and return the grievance it will be processed in the order in which it is received.

**Print Date** **2/17/2026**

1st Lvl rec ILLINOIS DEPARTMENT OF CORRECTIONS 2nd Lvl rec

**Individual in Custody's Grievance**

| Date: 2-26-26 | Individual in Custody (please print): James T. Eickhart | ID #: B27936 | Race (optional): Caucasian |
|---|---|---|---|
| Present Facility: Centralia | | Facility where grievance issue occurred: Centralia | |

**Nature of grievance:**

- ☐ Personal Property ☐ Mail Handling ☒ Medical Treatment ☐ ADA Disability Accommodation
- ☐ Staff Conduct ☐ Dietary ☐ HIPAA ☐ Restoration of Sentence Credit
- ☐ Other (specify): ____
- ☐ Disciplinary Report ____ Date of report ____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if **EMERGENCY** grievance
Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 2-5-26 I filed a grievance on my need to have cataract surgery on my right eye. I have had absolutely no answer on that grievance. I have medical records (copies of which are supposedly in my medical file here as of 9-9-25) from a Doctor in Taylorville that show that I need ~~an~~ cataract surgery in my right eye. These records are from an optomologist's report filed while I was in Christian County Jail by Dr. Amanda Gerson on 1-8-24. Since I have seen her I have lost all vision in my right eye. Despite my complaints in three facilities (Graham, Vandalia and Centralia) and me supplying each facility with copies of

☒ Continued on reverse

**Relief Requested:**

- Give me a status report on my unnumbered grievance of 2-5-26
- Have cataract removal surgery on my right eye
- Copies of my medical records related to my eyes

☐ Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☒ Check if this is **NOT** an emergency grievance.

[signature] Individual in Custody's Signature | B27936 ID# | 2-26-26 Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)** Date Received: ____ ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

Print Counselor's Name ____ Sign Counselor's Name ____ Date ____

**Note to individual in custody:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received: ____

**Is this determined to be of an emergency nature:**

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Individual in custody should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature ____ Date ____

ILLINOIS DEPARTMENT OF CORRECTIONS
**Individual in Custody's Grievance**

1st Lvl rec: 2nd Lvl rec:

the above opthamologist's report from Dr. Gerson I have not been scheduled for this needed surgery nor have I heard back from the grievance of 2-5-26

# State of Illinois - Department of Corrections



## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | **B27936** | **Counseling Date** | 03/02/26 06:04:27:147 |
| **Offender Name** | **EISKANT, JAMES T.** | **Type** | Collateral |
| **Current Admit Date** | 09/04/2025 | **Method** | Grievance |
| **MSR Date** | 01/16/2032 | **Location** | CEN GRIEVANCE OFFICER |
| **HSE/GAL/CELL** | E2-A -08 | **Staff** | MORGAN, DANIEL J., Correctional Grievance Officer |

Note: Your grievance is being returned to you. You are making a request in your grievance regarding a previously filed grievance. Grievances are not to be utilized in making requests per DR 504. To answer your request, your grievance K7-0126-0099 is pending HCU response to your claims. I cannot answer the grievance without a response from them. They are aware of you grievance and yoru claims regarding your medical records and eyes. Once they response to the grievance you will receive a reply from me to your grievance. You do not need to write new grievnaces regarding issues you have already filed grievances about. I get that you are wanting answers but when you write a new grievance regarding something you have already grieved you are adding more grievances to the stack of grievnaces that I already have. Next time if you are wanting an update just send me a request or send a request to the HCU asking for an update from them and notifying them that you have a grievance that has not been answered yet.

NeveR ANSweRd

**Print Date 3/2/2026**

Copy [illegible]

ILLINOIS DEPARTMENT OF CORRECTIONS

# Individual in Custody Request

Individual in Custody Name: James T. Eismont ID #: B27936 Living Unit: E-2-A-8

Job Assignment: ABE Mandatory School Shift: 8:30

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: ☐ Clinical Services ☐ OAEVS ☐ Career and Technical Education (CTE) ☐ Business Office

☐ Record Office ☐ Placement Office ☒ other (specify): HCU

for the purpose of (explain):

I need to see some one about the cataract in my now blind right eye.

I look forward to your rapid written response

Have you previously discussed this issue with a staff member? ☐ No ☐ Yes **If yes, name:** ____________

[signature] 4-30-26

Individual in Custody's Signature Date

***INDIVIDUALS IN CUSTODY DO NOT WRITE BELOW THIS LINE***

Remarks by staff (if necessary):

____________

____________

Print Staff Name Staff Signature Date

Distribution: Affected Unit *Printed on Recycled Paper* DOC 0286 (Rev. 3/2024)

Assigned Grievance #/Institution: CENTRLIA CC Housing Unit: E2A8 Bed #: 1

1st Lvl Rec: 

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Individual in Custody's Grievance**

2nd Lvl rec:

| Date: 2-5-26 | Individual in Custody (please print): EISKANT JAMES | ID #: B27936 | Race (optional): CAU.C |
|---|---|---|---|
| Present Facility: CENTRALIA CC | | Facility where grievance issue occurred: CENTRALIA CC | |

**Nature of grievance:**

- ☐ Personal Property ☐ Mail Handling ☒ Medical Treatment ☐ ADA Disability Accommodation
- ☐ Staff Conduct ☐ Dietary ☐ HIPAA ☐ Restoration of Sentence Credit
- ☐ Other (specify):
- ☐ Disciplinary Report 2-5-26 (Date of report) CENTRALIA CC (Facility where issued)

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if **EMERGENCY** grievance
Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I HAVE RECORDS (medical) FROM a DOCTOR IN TAYLORVILLE THAT SHOW I NEED CATARACT SURGERY ON MY RIGHT EYE, SINCE I BEEN IN IDOC I HAVE LOST THE LITTLE I COULD SEE AS BLURED AS IT WAS DISPITE MY COMPLAINTS IN THREE FACILITES AND SUPPLYING EACH FACILITES WITH COPYS OF THE OPTHOMOLOGIST REPORTS FROM THE DR IN TAYLORVILLE

☒ Continued on reverse

**Relief Requested:**

HAVE THE EYE SURGERY ON MY RIGHT EYE, and THE COPYS OF MY MEDICAL RECORDS RELATING TO MY EYE!

☐ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☒ Check if this is **NOT** an emergency grievance.

[signature] (Individual in Custody's Signature) B27936 (ID#) 2-5-26 (Date)

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable) Date Received: ______ ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

Print Counselor's Name | Sign Counselor's Name | Date

**Note to individual in custody:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received: ______

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Individual in custody should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature | Date

Assigned Grievance #/Institution: CENTRALIA CC

Housing Unit: E2 A8 Bed #: 1

1st Lvl rec:

ILLINOIS DEPARTMENT OF CORRECTIONS

**Individual in Custody's Grievance**

2nd Lvl rec:

I have NOT Been scheduled FOR The Needed SURGERY!

Offender 360
PRINTED SCHED. CALL PASS

RUN DATE: 5/15/2026
RUN TIME: 3:21:30 PM

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

IDOC: B27936 EISKANT,JAMES T | Medium | A | None | CEN:CEN:E2:A:08:L 1

PRIMARY: ABE-MAND , STUDENT-CEN1003100490

DESTINATION [redacted] DAY: 5/16/2026 AT: 11:00:00 AM

PASS TYPE: HEALTH CARE UNIT

COMMENTS:

AUTHORIZED: ANISSA SHAW

CELL HOUSE SIGNATURE: ______ TIME: ___:___

DESTINATION SIGNATURE: [signature] TIME: 11 03

EXIT SIGNATURE: ______ TIME: 11 40

RETURN SIGNATURE: ______ TIME: ___:___

Dr Norwood Budge

RIV. Weh.
SS, TeRRISHUTTe

ILLINOIS DEPARTMENT OF CORRECTIONS
**Individual in Custody Request**

Individual in Custody Name: EISKANT JAMES T. ID #: B27936 Living Unit: E2 A8

MR KRACHT
Job Assignment: ABE mANd— Shift: 830 AM 930 AM

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: ☐ Clinical Services ☐ OAEVS ☐ Career and Technical Education (CTE) ☐ Business Office
☐ Record Office ☐ Placement Office ☒ other (specify): SheLLy BUZZARd, DON.

for the purpose of (explain):
~~I was~~ INFORMed ~~B~~ By my TeAcheR mR KRACHT To ASK you FOR A PLASTIC OVeR ~~so~~ SIZed mAGNAFIeR GLASS To HeLP me See & ReAd, IN my CeLL & AT School.

Have you previously discussed this issue with a staff member? ☐ No ☒ Yes If yes, name: weh - KRAhT.

Eiskant James T — Individual in Custody's Signature
4-15-26 — Date

**INDIVIDUALS IN CUSTODY DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary): you are on the list to see the Optomotrist 5/16 please ask the DR. about writing a permit for your Magnifier.

Print Staff Name — Staff Signature — Date

Distribution: Affected Unit *Printed on Recycled Paper* DOC 0286 (Rev. 3/2024)

Eiskant, James B27936 E2 A8

Today on this date 5-16-26 Saturday
I went to the Health care unit
for the optimotigst for the third
time sept 4-25 January 4-26
May 16-2026. mr/DR
woodbridge for the third
time & stated after useing
the
that he has & showed me the
paper work that he has
placed me in for Emergency
Eye surgery I should have been
done 2 YRS AGO i was in christen county
I also complained to nurse Ericka
and she also in turned wrote
someone about this matter and
also getting me copys of my
medical records which I have
requested and signed release
forms for them. attached you
will find call pass to see
the ~~op otp~~ optomigist a
request Slip for a
magnifier Glass!
and these notes

James Eiskant
Saterday May 16. 2026

XCP101

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender 360
PRINTED SCHED. CALL PASS

PAGE: 33
RUN DATE: 6/24/2026
RUN TIME: 3:56:13 PM

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

IDOC: B27936 EISKANT,JAMES T    Medium    A    None    CEN:CEN:E2:A:08:L 1

PRIMARY: ABE-MAND , STUDENT-CEN1003100490    Per woodbridge

OPTIMOLIGIST

DESTINATION: DR WOODBRIDGE    DAY: 6/25/2026    AT: 11:03:00 AM

PASS TYPE: HEALTH CARE UNIT

COMMENTS:    Gregory approved 6-[illegible]

AUTHORIZED: ANISSA SHAW

CELL HOUSE SIGNATURE: ________    TIME: ____:____

DESTINATION SIGNATURE: ________    TIME: ____:____

EXIT SIGNATURE: ________    TIME: ____:____

RETURN SIGNATURE: ________    TIME: ____:____

JAMES E ISKIANT [illegible] 1936
9330 Shattuc rd B2 7936
centralia IL 62801

This Correspondence
Is From An Inmate
of The IL Dept
of Corrections

30 JUL 2026 PM 9 L

USA ★ FOREVER ★

To the office of the
U.S. District court
off of the circuit clerk
500 E MONROE ST ROOM 309
PEORIA IL 61602

CASE NUMBER
1:24CV-03054

LEGAL PRIVILEGED
MAIL

LEGAL
MAIL

8180231029

LegAL MAiL

CASE#
1-24-CV-03054
Eisman T
v.
Polk et al
LegAL
MAiL
7-28-24

FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

LegAL
MAiL

© USPS 2019