E-FILED
Tuesday, 04 August, 2026 04:07:47 PM
Clerk, U.S. District Court, ILCD

24-cv-3054

MEYER·KISS

TRIAL ATTORNEYS
**4255 N. Honore Street, Suite 309**
**Chicago, IL 60613**

April 28, 2026

FILED
AUG 04 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**VIA FIRST CLASS MAIL**

James Eiskant, B27936
9330 Shattuc Road
Centralia, IL 62801

**Re: Your Civil Case**

Dear Mr. Eiskant,

Thank you for reaching out to us and sending us the information regarding your pending federal lawsuit. After reviewing the information you have provided about your potential case and looking the case up online, I have determined that my office will not be able to represent you in these cases. We are a small firm and only have two attorneys. At this time, we are at near capacity. I was just recently appointed as Pro Bono counsel in another prisoner case out of the Central District of Illinois. We currently do not have the staff to take on another case like this at this time. We have litigated many cases like yours and we know the time, effort and costs a case like this will entail.

Please note that our decision to decline your case does not mean another attorney will view it the same way. Opinions vary among legal professionals, and you may wish to seek a second opinion. If you decide to do so, I strongly urge you to act quickly, as strict time limitations apply to prosecuting your case in Court.

My office has marked your file closed, and will take no further action. This will end any involvement from our firm, Meyer & Kiss, LLC. Thank you for providing us the opportunity to serve you, and I wish you good luck. Please feel free to contact me if you have any questions, or if I can be of assistance to you in the future.

Sincerely yours,

Louis J. Meyer

JAMES EISKANT B27936
9330 SHATTUC Rd
CENTRALIA IL 62801

This Correspondence
Is From An Inmate
of The IL Dept
of Corrections

SAINT LOUIS MO 630
1 AUG 2026

RECEIVED




PRIVILEGED

US District court
office of the clerk
100 NE. MONROE ST Room 305
PEORIA IL 61602

CASE # 3-24-CV-03054
PRIVELEDGE
MAIL

61602-105380

PRIVELEDGE
MAIL

PRIVLedged
MAIL

CASE#3-24-CV-03054

FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019