E-FILED
Wednesday, 12 August, 2026 02:52:43 PM
Clerk, U.S. District Court, ILCD

to the office of the U.S District circut clerk,
I just sent a motion for Recrutement for consule
along with contacted attorneys! letters
please file these as well with that
letters and motion!
please note I have not reiued any
word or have been contacted by them

FILED
AUG 12 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Thank you very much

James H Eskew B27936
9330 Shattuc Rd.
CENTRAILA CORECTIONAL CENTER
CENTRAILA IL 62801.

CASE# 1-24-CV-03054

JLA Schouest Bamdas Soshea BenMaier & East- ne S Wacker Dr Suite 3100 Chgo 60606 312-540- 12-234-0538 (Adm IL 23)

. Law Office of Dan Alic 4848 N Damen Av Chgo 989-4848 Fax: 888-247-9161 (Adm IL 08)

SA Latin United Community Housing Association W North Av Chgo 60647 773-453-9165 (Adm IL

OZ, NOELY Gottemoller & Associates One N Vir- tal Lake 60014 815-459-5152 Fax: 815-459-0290

PIROS Skoubis Mantas LLC 1990 E Algonquin Rd chaumburg 60173 847-696-0900 Fax: 847-696- L 12)

JKHAYA IL Department of Public Health 122 S 7th Fl Chgo 60603 312-814-2793 (Adm IL 05)

IRA J. 3616 W Dickens Av Chgo 60647 (312) dm IL 05)

ELA M. Law Offices of Angela M Aliota 4320 Suite 200 Warrenville 60555 630-836-8675 (Adm

ILYN Law Office of Marilyn Aliotto PC 1118 Chicago 60302 708-609-7735 (Adm IL 01)

LYSSA ARRIOLA Office of the DuPage County der DuPage County 503 N County Farm Rd 187 630-407-8300 Fax: 630-407-8310 (Adm IL

UZBEH Vedder Price PC 222 N La Salle St Suite 0601 312-609-7782 Fax: 312-609-5005 (Adm IL

NA Cook County Juvenile Court Unit - Chicago tment of Children & Family Services (DCFS) 2245 3rd Fl Chgo 60612 312-633-3400 Fax: 312-633- 21)

ICHELE A. 1440 N Lake Shore Dr Suite 6A Chgo 41-5699 Fax: 312-348-8306 (Adm IL 86)

MICHAEL Leahy Hoste Alkaraki 321 N Clark St Chgo 60654 312-372-8893 Fax: 312-630-1095

. January Family Law LLC 111 W Washington St Chgo 60603 312-970-0013 (Adm IL 03)

TINA BUCHTHAL Lavelle Law Ltd 1933 N Mea- te 600 Schaumburg 60173 847-241-1777 Fax: 0 (Adm IL 09)

AITH W. Caterpillar Inc 812 W Washington St (Adm IL 18)

IN Chapman and Cutler LLP 320 S Canal St 27th 6 312-845-3711 (Adm IL 23)

VEH Latham & Watkins LLP 330 N Wabash Av Chgo 60611 312-876-7724 Fax: 312-993-9767

NEEM 1st Municipal Division Domestic Advocacy ce of the Cook County Public Defender 555 W th Fl Chgo 60607 312-325-9400 Fax: 312-325- 23)

Trivedi & Khan PC 300 N Martingale Rd Suite 725 60173 224-353-6346 Fax: 224-353-6348 (Adm

ENDRA M. Ann & Robert H Lurie Children's icago 225 E Chicago Av Box 261 Chgo 60611 24 Fax: 312-227-9532 (Adm IL 99)

P. Gaido & Fintzen 30 N La Salle St Suite 2727 12-346-7855 Fax: 312-346-8317 (Adm IL 11)

R. ISACA 1700 E Golf Rd Suite 400 Schaumburg 3.1545 (Adm IL 08)

EL G. Beazley Group PLC 333 W Wacker Dr Suite 606 312-476-6200 Fax: 312-476-6204 (Adm IL

SSA K. Baker McKenzie 300 E Randolph St Suite 601 312-861-8661 Fax: 312-698-2978 (Adm IL

**ALLDREDGE, DAVID T.** Northern Trust Company 50 S La Salle St Chgo 60603 ***(312) 828-5323*** (Adm IL 15)

**ALLEE, MATTHEW L.** Akerman LLP 71 S Wacker Dr 47th Fl Chgo 60606 ***312-634-5700*** Fax: 312-424-1900 (Adm IL 13)

**ALLEGRA, ANTHONY R.** Law Offices of Anthony R Allegra PC 449 Evergreen St Suite 4 Bensenville 60106 ***(630) 741-0001*** (Adm IL 08)

**ALLEGRETTI, ANTHONY L.** Student Legal Services University of Illinois Urbana-Champaign 1401 W Green St 324 Illini Union Urbana 61801 ***217-333-9053*** Fax: 217-333-0474 (Adm IL 12)

**ALLEGRETTI, JAMES L.** 2nd Municipal District Circuit Court of Cook County 5600 Old Orchard Rd Room 204 Skokie 60077 ***847-470-7200*** (Adm IL 78)

**ALLEGRETTI, JOHN M.** County Division Circuit Court of Cook County Daley Ctr Room 1704 Chgo 60602 ***312-603-6194*** (Adm IL 95)

**ALLEN, AARON G.** Office of the General Counsel City Colleges of Chicago 180 N Wabash Av Suite 200 Chgo 60606 ***312-553-2906*** Fax: 312-553-2539 (Adm IL 93)

**ALLEN, ANASTASIIA** Walker Wilcox Matousek LLP One N Franklin St Suite 3200 Chgo 60606 ***312-244-6781*** (Adm IL 21)

**ALLEN, ANDREW P.** Costello McMahon Gilbreth & Murphy Ltd 150 N Wacker Dr Suite 3050 Chgo 60606 ***312-541-9700*** Fax: 312-541-0520 (Adm IL 79)

**ALLEN, ANDREW S.** Allen & Associates 701 Devonshire Dr Suite C-36 Champaign 61820 ***217-351-9292*** Fax: 217-351-8624 (Adm IL 90)

**ALLEN, ANGELA M.** Jenner & Block LLP 353 N Clark St Chgo 60654 ***312-840-7218*** Fax: 312-840-7318 (Adm IL 08)

**ALLEN, AUDREY K.** Husch Blackwell LLP 120 S Riverside Plaza Suite 2200 Chgo 60606 ***312-526-1613*** Fax: 312-655-1501 (Adm IL 16)

**ALLEN, BENJAMIN B.** Allen Law Firm 112 Homer Adams Pkwy Suite 2C Alton 62002 ***(618) 466-1446*** (Adm IL 69)

**ALLEN, BEVERLY A.** Legal Advice & Referral Center Land of Lincoln Legal Aid 8787 State St Suite 202 East Saint Louis 62203 ***618-394-7300*** Fax: 618-398-5003 (Adm IL 95)

**ALLEN, BRADLEY C.** McCarthy & Allen Three Ginger Creek Pkwy Glen Carbon 62034 ***618-307-4099*** Fax: 618-656-2840 (Adm IL 01)

**ALLEN, BRANDT W.** Traub Lieberman Straus & Shrewsberry LLP 71 S Wacker Dr Suite 2110 Chgo 60606 ***312-332-3900*** Fax: 312-332-3908 (Adm IL 09)

**ALLEN, BRIAN W.** Office of General Counsel Illinois Commerce Commission 527 E Capitol Av Springfield 62701 ***217-558-2387*** (Adm IL 79)

**ALLEN, CARLY M.** Smith Gambrell Russell LLP 311 S Wacker Dr Suite 3000 Chgo 60606 ***312-360-6809*** Fax: 312-360-6520 (Adm IL 22)

**ALLEN, CHAD G.** Country Financial 1705 Towanda Av PO Box 2020 Bloomington 61701 ***309-821-4364*** (Adm IL 03)

**ALLEN, CHARLES D.** CD Allen Law Group 10240 W Roosevelt Rd PO Box 8165 Westchester 60154 ***708-343-3437*** Fax: 708-343-5066 (Adm IL 95)

**ALLEN, CHRISTOPHER G.** Office of the Saint Clair County States Attorney Saint Clair County 10 Public Square Belleville 62220 ***618-825-2395*** Fax: 618-277-6748 (Adm IL 13)

**ALLEN, CLAUDIA H.** KPMG LLP 200 E Randolph St Suite 5500 Chgo 60601 ***312-665-2180*** (Adm IL 94)

**ALLEN, DAVID A.** Strategic Benefits Consultants Inc 488 Leonard Ln Burr Ridge 60527 ***630-917-3193*** (Adm IL 06)

**ALLEN, DAVID B.** Legal Department Advocate Health 2025 Windsor Dr Oak Brook 60523 ***630-572-9393*** Fax: 630-929-9820 (Adm IL 09)

**ALLEN, DAVID J.** 111 N Wheaton Av Unit 405 Wheaton 60187 ***630-653-5431*** (Adm IL 77)

**ALLEN, DAVID M.** Katten Muchin Rosenman LLP 525 W Monroe St Chgo 60661 ***312-902-5260*** Fax: 312-577-4443 (Adm IL 06)

**ALLEN, DAVID S.** Christensen Hsu Sipes LLP 224 S Michigan Av Suite 1300 Chgo 60604 ***872-258-0058*** Fax: 312-634-1018 (Adm IL 80)

**ALLEN, DEJOHN E.** Entegris Inc 870 N Commons Dr Aurora 60504 ***630-375-5651*** (Adm IL 12)

**ALLEN, DEREK T.** Derek T Allen Law Offices 134 N La Salle St Suite 1515 Chgo 60602 ***312-806-0051*** (Adm IL 94)

**ALLEN, DOUGLAS R.** Starr Adjustment Services Inc 500 W Monroe St 31st Fl Chgo 60661 ***312-577-7871*** Fax: 312-275-7434 (Adm IL 02)

**ALLEN, DUSTIN B.** Chapter 13 Trustees US Bankruptcy Court Northern District of IL 55 E Monroe St Suite 3850 Chgo 60603 ***(312) 294-5900*** Fax: 312-341-7168 (Adm IL 13)

**ALLEN, ELIZABETH J.** Loeb & Loeb LLP 321 N Clark St Suite 2300 Chgo 60654 ***312-464-3102*** Fax: 312-277-9503 (Adm IL 12)

**ALLEN, ELIZABETH M.** Suburban North Regional Office IL Property Tax Appeal Board 9511 W Harrison St Suite LL-54 Des Plaines 60016 ***847-294-4121*** (Adm IL 91)

**ALLEN, GEMMA B.** Allen Glassman & Schatz LLC 150 N Michigan Av Suite 3600 Chgo 60601 ***312-853-3000*** Fax: 312-853-0309 (Adm IL 72)

**ALLEN, HENRY S. JR.** American Medical Association 330 N Wabash Av Suite 39300 Chgo 60611 ***312-464-4271*** (Adm IL 74)

**ALLEN, HILARY** Valentine Austriaco & Bueschel PC 300 E Randolph St Suite 3400 Chgo 60601 ***312-931-8995*** Fax: 312-638-8137

**ALLEN, HUBERT L.** Abbott 100 Abbott Park Rd Abbott Park 60064 ***224-668-6856*** (Adm IL 07)

**ALLEN, JAMES B.** Ginsberg Jacobs LLC 300 S Wacker Dr Suite 2750 Chgo 60606 ***312-660-9629*** Fax: 312-660-9612 (Adm IL 03)

**ALLEN, JAMES M.** Allen Galluzzo Hevrin Leake LLC 839 N Perryville Rd Suite 200 Rockford 61107 ***815-414-5517*** (Adm IL 99)

**ALLEN, JASON R.** Firm Outcomes 200 W Madison St Chgo 60606 ***773-985-7556*** (Adm IL 06)

**ALLEN, JASON S.** Law Offices of Jason S Allen 5040 Warren St Apt 406 Skokie 60077 ***312-218-4282*** Fax: 847-905-0387 (Adm IL 97)

**ALLEN, JASON S.** The Oracle Legal Group 111 W Washington St Suite 1611 Chgo 60602 ***773-676-2436*** Fax: 312-445-8741 (Adm IL 14)

**ALLEN, JEFFREY WYNN** District 1 Cook County States Attorney 555 W Harrison St Suite 2700 Chgo 60607 ***312-325-9200*** Fax: 312-325-9295 (Adm IL 96)

**ALLEN, JENNIFER D.** Law Offices of Jennifer D Allen 8850 Forestview Evanston 60203 ***773.610.8126*** Fax: 847.316.9513 (Adm IL 03)

**ALLEN, JEROME R.** 1834 Walden Office Square Suite 500 Schaumburg 60173 ***847-274-2977*** Fax: 847-654-0520 (Adm IL 87)

**ALLEN, JOHN C. IV** Grant Austin LLC 230 W Monroe St Suite 240 Chgo 60606 ***312-551-0111*** Fax: 312-551-0112 (Adm IL 03)

**ALLEN, JOHN T. JR.** Law Office of John T Allen 1903 Ridge Av #B105 Evanston 60201 ***312-201-0671*** (Adm IL 64)

**ALLEN, JONATHAN F.** State Farm Insurance Companies One State Farm Plaza Bloomington 61710 ***309-735-0030*** (Adm IL 02)

**ALLEN, JOSETTE C.** Smart Law LLC 1001 Warrenville Rd Suite 500 Lisle 60532 ***630-369-2524*** (Adm IL 92)

**ALLEN, JOSHUA CALVIN** Cooley LLP 110 N Wacker Dr Suite 4200 Chgo 60606 ***312 881 6681*** Fax: 312-881-6598 (Adm IL 22)

**ALLEN, JULIE O'DONNELL** Sidley Austin LLP One S Dearborn St Chgo 60603 ***312-853-7441*** Fax: 312-853-7036 (Adm IL 85)

**ALLEN, JUSTIN LEE** 2215 Sable Oaks Dr Naperville 60564 ***708-981-5772*** (Adm IL 17)

**ALLEN, KARA A.** Gutnicki LLP 4711 Golf Rd Suite 200 Skokie 60076 ***847-745-6292*** Fax: 847-933-9285 (Adm IL 03)

**ALLEN, KATHRYN R.** Sidley Austin LLP One S Dearborn St Chgo 60603 ***312-853-7766*** Fax: 312-853-7036 (Adm IL 22)

3:24-cv-03054-JEH # 60 Filed: 08/12/26 Page 3 of 6

**, Eric D.** Staub Anderson LLC 55 W Monroe St Suite
o 60603 ***312-345-0545*** Fax: 312-345-0544 (Adm IL

**, Eric H.** Husch Blackwell LLP 120 S Riverside
e 2200 Chgo 60606 ***312.526.1549*** Fax: 312-655-
n IL 15)

**, Eric J.** Komie & Associates 134 N La Salle St Suite
o 60602 ***312-263-2800*** (Adm IL 07)

**, Eric J.** InfoLawGroup LLP 150 S Wacker Dr Suite
o 60606 ***312-204-7199*** (Adm IL 08)

**, Erik J.** Fidelity Family of Companies Remote Chgo
***587*** (Adm IL 04)

**, Erin M.** Law Office of Erin Anderson 0N337 Feece
60134 ***630-309-0024*** (Adm IL 98)

**, Geraldine G.** 3900 Dundee Rd Suite 109 North-
62 ***502-551-7948*** (Adm IL 15)

**, Gina M.** Bell & Anderson LLC 135 S La Salle St
) Chgo 60603 ***312-606-2685*** Fax: 312-960-9560
)

**, Grant A.** Mayer Brown LLP 71 S Wacker Dr Chgo
***-701-8868*** Fax: 312-701-7711 (Adm IL 21)

**, Grant I.** Tobacco Enforcement Bureau Office of
rney General 500 S Second St Springfield 62701
***541*** Fax: 217-524-4701 (Adm IL 12)

**, Greg C.** Career Opportunities & Professional
nt Northern Illinois University College of Law Swen
Suite 280 DeKalb 60115 ***815-753-9604*** Fax: 815-
(Adm IL 86)

**, Gwendolyn D.** Anderson & Associates 6727 S
hgo 60649 ***773-520-5506*** (Adm IL 77)

**Harry W.** 307 Henry St Suite 303 Alton 62002
***234*** Fax: 618-462-0239 (Adm IL 91)

**Hasti** Office for Civil Rights US Department of
John C. Kluczynski Federal Building 230 S Dearborn
Chgo 60604 ***312-730-1560*** Fax: 312-730-1576

**Holly P.** Building & License Enforcement Division
ago Law Department 2 N La Salle St Suite 320 Chgo
***-744-1043*** Fax: 312-744-1054 (Adm IL 13)

**Isaiah D.** Proskauer Rose LLP 70 W Madison St
Chgo 60602 ***312-962-3565*** Fax: 312-962-3551
)

**J. Matthew** State Farm Insurance Companies
arm Plaza Bloomington 61710 ***309-766-5672*** (Adm

**James B.** Alight Solutions 4 Overlook Point Lin-
0069 ***(224) 737-1048*** (Adm IL 06)

**James C.** Kirkland & Ellis LLP and Affiliated Part-
3 W Wolf Point Plaza Chgo 60654 ***312-862-2170***
)

**James D.** ORIX Corporation 191 N Wacker Dr Suite
60606 ***312-450-8183*** Fax: 312-450-8101 (Adm IL

**James R.** Arnold and Kadjan LLP 35 E Wacker Dr
Chgo 60601 ***312-477-7665*** Fax: 312-341-0438
)

**Janelle Carter** The Heico Companies LLC
Vista Pkwy Warrenville 60555 ***630-353-5052*** Fax:
)28 (Adm IL 04)

**Jason W.** Grant Thornton LLP 171 N Clark St Suite
0601 ***312-602-8208*** Fax: 312-565-3473 (Adm IL

**Jeffrey N.** Latham & Watkins LLP 330 N Wabash
)0 Chgo 60611 ***312-777-7119*** Fax: 312-993-9767

**Jeffrey W.** Interactive Brokers LLC 300 S River-
0th Fl Chgo 60606 ***312-542-6901*** (Adm IL 92)

**Jenah M.** Office of the Kane County States Attor-
ounty Judicial Center 37W777 Route 38 Suite 300
s 60175 ***630-232-3500*** Fax: 630-232-6508 (Adm

**Anderson, Jill C.** Smith Gambrell Russell LLP 311 S Wacker Dr Suite 3000 Chgo 60606 ***312-360-6527*** Fax: 312-360-6520 (Adm IL 95)

**Anderson, John C.** Will County Circuit Court 12th Judicial Circuit Will County Courthouse 100 W Jefferson St Room 905 Joliet 60432 ***815-727-8540*** Fax: 815-727-8817 (Adm IL 99)

**Anderson, John Hughes** 10026 S Kedzie Av Evergreen Park 60805 ***708-636-6709*** Fax: 708-636-7912 (Adm IL 81)

**Anderson, Jonathan G.** Anderson Attorneys PC 1101 Perimeter Dr Suite 220 Schaumburg 60173 ***847-850-8899*** Fax: 847-995-0117 (Adm IL 81)

**Anderson, Joseph V.** Winston & Strawn LLP 35 W Wacker Dr Chgo 60601 ***312-558-8131*** Fax: 312-558-5700 (Adm IL 19)

**Anderson, Joshua D.** Nokia Corporation 425 W Randolph St Suite 1800 Chgo 60606 ***312-894-7000*** (Adm IL 11)

**Anderson, Joy L.** Law Department Tenneco Inc 7450 McCormick Blvd Skokie 60076 ***(312) 343-9007*** (Adm IL 15)

**Anderson, Juan M.** Kopka Pinkus Dolin 200 W Adams St Suite 1200 Chgo 60606 ***312-782-9920*** Fax: 312-782-9965 (Adm IL 12)

**Anderson, Julie Anne** 1511 N Convent St 700-166 Bourbonnais 60914 (Adm IL 98)

**Anderson, Kamalen Johnson** Ford County Circuit Court 11th Judicial Circuit Ford County Courthouse 200 W State St Room 106 Paxton 60957 ***217-379-9420*** (Adm IL 85)

**Anderson, Karen A.** Johnson & Anderson LLP PO Box 999 Edwardsville 62025 ***618-402-0021*** Fax: 618-659-1700 (Adm IL 03)

**Anderson, Karen Gatsis** 2045 N Seminary Av Chgo 60614 ***773-935-0767*** (Adm IL 77)

**Anderson, Karen R.** Property Tax Counsel LLC 1940 N Municipal Way Suite 190 Round Lake 60073 ***708-613-0538*** Fax: 888-315-7188 (Adm IL 86)

**Anderson, Karin** IFMK Law Ltd 650 Dundee Rd Suite 475 Northbrook 60062 ***224-406-8403*** (Adm IL 02)

**Anderson, Karissa B.** Anderson Law PC 1585 N Milwaukee Av Suite 114 Libertyville 60048 ***847-336-7373*** Fax: 847-336-7377 (Adm IL 06)

**Anderson, Katherine H.** Heyl Royster Voelker & Allen PC 4205 Wabash Av Springfield 62711 ***217-522-8822*** Fax: 309-420-0402 (Adm IL 08)

**Anderson, Kathleen Anne** IL Department of Financial & Professional Regulation (IDFPR) 555 W Monroe St 5th Fl Chgo 60661 ***888-473-4858*** (Adm IL 85)

**Anderson, Katie M.** First Judicial District Office Office of the State Appellate Defender 203 N La Salle St 24th Fl Chgo 60601 ***312-814-5472*** Fax: 312-814-1447 (Adm IL 10)

**Anderson, Keith R.** Manatt Phelps & Phillips LLP 151 N Franklin St Suite 2600 Chgo 60606 ***312-529-6304*** Fax: 312-648-6202 (Adm IL 98)

**Anderson, Kelly A.** Lavelle Law Ltd 1933 N Meacham Rd Suite 600 Schaumburg 60173 ***847-241-1786*** Fax: 847-705-9960 (Adm IL 00)

**Anderson, Kendall L. Sr.** IL Housing Development Authority 111 E Wacker Dr Suite 1000 Chgo 60601 ***312-836-5200*** (Adm IL 14)

**Anderson, Kevin** Disparti Law Group PA 121 W Wacker Dr Suite 2300 Chgo 60601 ***312-600-6000*** Fax: 312-846-6363 (Adm IL 21)

**Anderson, Kimball R.** Winston & Strawn LLP 35 W Wacker Dr Chgo 60601 ***312-558-5858*** Fax: 312-558-5700 (Adm IL 77)

**Anderson, Kimberly J.** Anderson & Boback 20 N Clark St Suite 3300 Chgo 60602 ***312-626-0502*** Fax: 312-265-3967 (Adm IL 98)

**Anderson, Kristina M. L.** Anderson Legal Search Inc Barrington ***312-330-5906*** Fax: 312-214-3110 (Adm IL 87)

**Anderson, Kristopher L.** Accenture LLP 500 W Madison St Chgo 60661 ***312-693-0593*** Fax: 312-693-0507 (Adm IL 94)

**Anderson, Kurt J.** Trilogy Real Estate Group LLC 520 W Erie St Suite 100 Chgo 60654 ***312-750-0900*** Fax: 312-750-0909 (Adm IL 04)

**Anderson, Kurt Michael** 104 S Michigan Av Suite 1025 Chgo 60603 ***312-504-0004*** (Adm IL 86)

**Anderson, Laura J. Langlotz** LOGS Legal Group LLP 2801 Lakeside Dr Suite 207 Bannockburn 60015 ***847-291-1717*** Fax: 847-291-3434 (Adm IL 94)

**Anderson, Leon Jr.** 147 Lemoyne Pkwy Oak Park 60302 (Adm IL 88)

**Anderson, Lindsay K. H.** Turing Strategies 1106 W 18th St Unit 4W Chgo 60608 ***224-442-0811*** (Adm IL 05)

**Anderson, Lindsey J.** 3rd Municipal District Law Office of the Cook County Public Defender 2121 Euclid Av Rolling Meadows 60008 ***847-818-2470*** Fax: 847-818-2029 (Adm IL 08)

**Anderson, Lindsey W.** Abbott 200 Abbott Park Rd 32CO/AP6C 5th Fl Abbott Park 60064 ***224-668-9707*** (Adm IL 01)

**Anderson, Lisa Marie** Hart David Carson LLP 360 W Butterfield Rd Suite 325 Elmhurst 60126 ***630-931-0379*** (Adm IL 13)

**Anderson, Lisa Natter** Idex Corporation 3100 Sanders Rd Suite 301 Northbrook 60062 ***847-498-7070*** (Adm IL 07)

**Anderson, Lori A.** Office of the Kane County States Attorney Kane County Judicial Center 37W777 Route 38 Suite 300 Saint Charles 60175 ***630-232-3500*** Fax: 630-232-6508 (Adm IL 90)

**Anderson, Margaret M.** Fox Swibel Levin & Carroll LLP 200 W Madison St Suite 3000 Chgo 60606 ***312-224-1224*** Fax: 312-224-1201 (Adm IL 80)

**Anderson, Margit E.** 1414 Irvington Pl Rockford 61107 ***312-451-3902*** (Adm IL 06)

**Anderson, Mark D.** Aronberg Goldgehn Davis & Garmisa 225 W Washington St 28th Fl Chgo 60606 ***312-755-3163*** Fax: 312-828-9635 (Adm IL 77)

**Anderson, Mark E.** Marsh Martin Anderson Vickers Deobler & Temple 511 E Etna Rd Ottawa 61350 ***815-434-2000*** Fax: 815-434-0564 (Adm IL 94)

**Anderson, Mark E.** 10351 Milford St Unit 2W Westchester 60154 ***847-567-0648*** (Adm IL 99)

**Anderson, Mark R.** Actuate Law LLC 641 W Lake St 5th Fl Chgo 60661 ***312-579-3136*** (Adm IL 03)

**Anderson, Mark V.** Handler Law LLP 191 N Wacker Dr 23rd Fl Chgo 60606 ***(312) 960-2049*** Fax: 312-641-6866 (Adm IL 81)

**Anderson, Marla B.** WTW (Willis Towers Watson) 233 S Wacker Dr Suite 1800 Chgo 60606 ***312-525-2255*** Fax: 312-525-2550 (Adm IL 00)

**Anderson, Martin A.** 1879 Apple Valley Dr Wauconda 60084 ***312-933-9747*** Fax: 773-229-0803 (Adm IL 82)

**Anderson, Mary B.** Dentons US LLP 233 S Wacker Dr Suite 5900 Chgo 60606 ***312-876-7503*** Fax: 312-876-7934 (Adm IL 04)

**Anderson, Matthew D.** Digital Check Corp 630 Dundee Rd Suite 210 Northbrook 60062 ***224-383-0176*** (Adm IL 12)

**Anderson, Matthew V.** Rakoczy Molino Mazzochi Siwik LLP Six W Hubbard St Suite 500 Chgo 60654 ***312-222-7506*** Fax: 312-222-7526 (Adm IL 09)

**Anderson, Melissa A.** Frost & Pearlman LLC 2201 Waukegan Rd Suite 160 Bannockburn 60015 ***312-261-4555*** Fax: 312-261-4565 (Adm IL 02)

**Anderson, Michael A.** Davis Friedman LLP 135 S La Salle St 36th Fl Chgo 60603 ***312-782-2220*** Fax: 312-782-0464 (Adm IL 17)

**Anderson, Michael R.** Fitch Even Tabin & Flannery LLP 120 S La Salle St Suite 2100 Chgo 60603 ***312-577-7000*** Fax: 312-577-7007 (Adm IL 17)

**Anderson, Michele C.** Hall Prangle & Schoonveld LLC 200 S Wacker Dr Suite 3300 Chgo 60606 ***312-267-6227*** Fax: 312-345-9608 (Adm IL 94)

**Anderson, Michelle Austin** 930 Wild Ginger Tr West Chicago 60185 ***630-293-1959*** (Adm IL 97)

**Anderson, Morgan K.** Ernst & Young LLP 155 N Wacker Dr Chgo 60606 ***312-879-2000*** (Adm IL 08)

**Anderson, Nathan B.** Federal Reserve Bank of Chicago 230 S La Salle St Chgo 60604 ***312-322-5026*** Fax: 312-322-5454 (Adm IL 15)

;EA N. Kirkland & Ellis LLP and Affiliated Partner Wolf Point Plaza Chgo 60654 **312-862-0308**

I LTD 161 N Clark St Suite 2100 Chgo 60601 2 Fax: 312-372-3833 **Managing Partner(s)** — John M. Popelka Jeffrey M. Alter, Steven A. Berman, Robert J. Figlioli, Scott C. Sands, Brian D. Teven — Audrey L. Dufour, Patricia J. Kuzebski, ry, Steven A. Wade I — Douglas A. Colby, Brandon M. Collins

;TOPHER P. Octagon Financial Services 10 S Suite 2500 Chgo 60606 **847.734.2000** Fax: (Adm IL 09)

Torts Chicago Transit Authority 567 W Lake St 661 **312-681-3173** (Adm IL 19)

EW Latham & Watkins LLP 330 N Wabash Av hgo 60611 **312-777-7388** Fax: 312-993-9767

I K. Building & License Enforcement Division City w Department 2 N La Salle St Suite 320 Chgo **4-4033** Fax: 312-744-1054 (Adm IL 00)

; R. May May Angel & Harris 708 S Pleasant St 56 **815-875-3808** Fax: 815-872-0199 (Adm IL

I R. Howe & Hutton Ltd 125 S Wacker Dr Suite 606 **312-263-3001** Fax: 312-372-6685 (Adm IL

R K. Angel Isaacson & Tracy 111 Park Av East 56 **815-875-6551** Fax: 815-875-6554 (Adm IL

ANGELA P. StoneX Group Inc 230 S La Salle St Chgo 60604 **312-780-6801** (Adm IL 07)

ULIE A. First American Title Insurance Co 30 N ite 2700 Chgo 60602 **312-553-0471** Fax: 312- m IL 01)

'OM Law Office of Tom Angelakos 3428 N Bos- ) 60657 **773-209-3440** (Adm IL 94)

KAREN BLACK DWF Claims DWF Claims (USA) kegan Rd Suite 340 Deerfield 60015 **847-607-** 93)

IRA Greenberg Traurig LLP 77 W Wacker Dr Suite 601 **312-456-1057** Fax: 312-456-8435 (Adm IL

IICHAEL J. Simmons Hanly Conroy LLC One 62002 **618-259-2222** Fax: 618-259-2251 (Adm

ICHOLAS J. Simmons Hanly Conroy LLC One 62002 **618-259-2222** Fax: 618-259-2251 (Adm

)SEPH S. 521 S La Grange Rd Suite 104 La **630-688-7511** (Adm IL 16)

CHAEL J. Angelina & Herrick PC 1895 Rohlwing lling Meadows 60008 **847-873-0590** Fax: 847- m IL 90)

IALD J. JR. Ori Law Group 161 N. Clark St Suite 601 **312-964-3310** Fax: 312-621-0001 (Adm IL

LA F. Legal Department Bank of America 540 W ite 20 Chgo 60661 **312-992-9614** (Adm IL 85)

LIP M. Angelini & DiLeo PC 700 Commerce Dr Brook 60523 **630-571-0098** Fax: 630-288-4601

AKE A. Newly Weds Foods Inc 8550 W Bryn 100 Chgo 60631 **773-489-7000** (Adm IL 17)

RAH K. Kirkland & Ellis LLP and Affiliated Part- W Wolf Point Plaza Chgo 60654 **312-862-3376**

'EN Office of the Winnebago County Public ebago County 400 W State St Suite 340 Rockford '9-4900 Fax: 815-319-4901 (Adm IL 23)

ANGELL, THOMAS J. Jacobs Burns Orlove & Hernandez LLP One N LaSalle St Suite 1620 Chgo 60602 **312-327-3437** Fax: 312-726-3887 (Adm IL 78)

ANGELO, ALBERT C. Hinshaw & Culbertson LLP 151 N Franklin St Suite 2500 Chgo 60606 **312-704-3000** Fax: 312-704-3001 (Adm IL 09)

ANGELO, WILLIAM V. Angelo Law Group LLC 1835 Rohlwing Rd Suite D Rolling Meadows 60008 **847-583-2244** Fax: 847-583-2255 (Adm IL 81)

ANGELO, WILLIAM V. JR. Angelo Law Group LLC 1835 Rohlwing Rd Suite D Rolling Meadows 60008 **847-583-2244** Fax: 847-583-2255 (Adm IL 11)

ANGELOS, BRET C. Illinois State Toll Highway Authority Admin Bldg 2700 Ogden Av Downers Grove 60515 ***(630) 241-6800 x1013*** Fax: 630-241-6100 (Adm IL 97)

ANGELOS, GRACE KOH Public Access Bureau Office of the IL Attorney General 100 W Randolph St 11th Fl Chgo 60601 **312-814-3000** (Adm IL 88)

ANGELOS, PETER J. Huck Bouma PC 1755 S Naperville Rd Suite 200 Wheaton 60189 **630-221-1755** Fax: 630-221-1756 (Adm IL 22)

ANGELUCCI, MARGARET A. Asher Gittler and D'Alba Ltd 200 W Jackson Blvd Suite 720 Chgo 60606 **312-263-1500** Fax: 312-263-1520 (Adm IL 94)

ANGELUS, JOHN J. 8027 S Highland Av Downers Grove 60516 **630-985-6550** Fax: 630-985-6506 (Adm IL 61)

ANGER, REBECCA L Chicago Volunteer Legal Services 33 N Dearborn St Suite 400 Chgo 60602 **312-332-1624** Fax: 312-332-1460 (Adm IL 19) WROTE 7-1-26

ANGERMEIER, VINCENT R. Nijman Franzetti LLP 10 S La Salle St Suite 3400 Chgo 60603 **414-791-7630** (Adm IL 11)

ANGILERI, JESSICA Angileri & Associates 1450 Plainfield Rd Suite 1 Darien 60561 **630-964-8499** Fax: 630-964-8399 (Adm IL 11)

ANGILERI, MICHAEL ANTHONY Angileri & Associates 1450 Plainfield Rd Suite 1 Darien 60561 **630-964-8499** Fax: 630-964-8399 (Adm IL 98)

ANGLISS, STEPHANIE S. Garofalo Law Group 161 N Clark St Suite 1600 Chgo 60601 **312-753-6000** Fax: 312-753-6001 (Adm IL 13)

ANGRES, JEFFREY A. Law Department Transformco 5407 Trillium Blvd Hoffman Estates 60192 **847-286-3819** (Adm IL 03)

ANGSTADT, JANET M. The Options Clearing Corporation 125 S Franklin St Suite 1200 Chgo 60606 **312-322-6200** Fax: 312-322-6280 (Adm IL 90)

ANGUIANO PALAFOX, ELVIA REFUGIO Circuit Court of Cook County Daley Center 50 W Washington St Chgo 60602 **312-603-6000** (Adm IL 21)

ANGUS, JANET S. Law Offices of Janet Angus 2520 N Sheffield Av Chgo 60614 **920-498-1009** (Adm IL 85)

ANGUS, JULIE MADISON IL Appellate Court 3rd District Courthouse 1004 Columbus St Ottawa 61350 **815-434-5050** (Adm IL 97)

ANGUS, ROBB P. Michael Best & Friedrich LLP River Point 444 W Lake St 32nd Fl Chgo 60606 **312-596-5856** Fax: 312-222-0818 (Adm IL 11)

ANIOL, JOHN WILLIAM Planmeca USA Inc 2600 Forbs Av Hoffman Estates 60192 **630-529-2300** (Adm IL 83)

ANIXTER, ALISON M. SHALVA PO Box 46375 Chgo 60646 **773-583-4673** (Adm IL 11)

ANKIN, ERIN H. 743 Bluff St Glencoe 60022 (Adm IL 06)

ANKIN, HOWARD H. Ankin Law Office LLC 10 N Dearborn St Suite 500 Chgo 60602 **312-600-0000** Fax: 312-346-8781 (Adm IL 93)

ANKROM, AARON JUDE Flanigan Law Office Ltd 120 N Main St Suite 2 Edwardsville 62025 **618-656-6000** Fax: 618-656-1099 (Adm IL 97)

ANNATOYN, CAITLIN M.W. Paul Hastings LLP 71 S Wacker Dr 45th Fl Chgo 60606 **312-499-6032** Fax: 312-499-6100 (Adm IL 12)

ANNEN, TRACEY K. Law Office of Tracey K Annen PC 3 W Crystal Lake Av Crystal Lake 60014 ***(815) 382-0718*** Fax: (815) 516-8421 (Adm IL 95)

ANNES, ANDREW J. SATC | Law 222 W Adams St Suite Chgo 60606 **312-554-3110** Fax: 312-554-3115 (Adm I

ANNES, GARY P. Abels & Annes PC 100 N La Salle St Suite Chgo 60602 **312-924-7575** Fax: 312-924-7555 (Adm IL 95)

ANNES, MICHAEL D. Motorola Solutions Inc Motorola 500 W Monroe St Suite 4400 Chgo 60661 **847-576-2824** (Adm IL 88)

ANNES, SCOTT M. Law Offices of Scott M. Annes Two W Talcott Rd Suite 34 Park Ridge 60068 **847-292-0105** Fax: 847-292-0113 (Adm IL 91)

ANNO, KEN CIC Energy Consulting LLC 30 S Wacker Dr Suite 3300 Chgo 60606 **312-466-0500** Fax: 312-466-3567 (Adm IL 04)

ANNU-ESSUMAN, KELSEY Cigna Group One South Dearborn St Chgo 60603 **800-997-1654** (Adm IL 19)

ANNUNZIATA, CRAIG R. Fisher & Phillips LLP 10 S Wacker Dr Suite 3450 Chgo 60606 **312-346-8061** Fax: 312-346-3179 (Adm IL 92)

ANNUNZIATA, JAKE K&L Gates LLP 70 W Madison St Suite 3300 Chgo 60602 **312-807-4212** Fax: 312-827-8000 (Adm IL 22)

ANOLICK, SIMON B. HERE North America LLC 425 W Randolph St Suite 1200 Chgo 60606 **312-894-7000** (Adm IL 94)

ANONALES-LOPEZ, MARISERG Rathbun Cservenyak & Kozol LLC 15409 S Route 59 Plainfield 60544 **815-577-9763** (Adm IL 21)

ANSAL, ANKUSH Law Department TransUnion LLC 555 W Adams St Chgo 60661 **312-258-1717** Fax: 312-466-7986 (Adm IL 21)

ANSANI, DANIEL R. Ansani & Ansani PC 1411 W Peterson Av Suite 202 Park Ridge 60068 **847-823-4600** Fax: 847-823-6811 (Adm IL 74)

ANSANI, DAVID C. SurgePays Inc 1375 E Woodfield Rd Suite 410 Schaumburg 60173 **312-485-1309** Fax: 847-701-3290 (Adm IL 90)

ANSANI, MARC A. Ansani & Ansani PC 1411 W Peterson Av Suite 202 Park Ridge 60068 **847-823-4600** Fax: 847-823-6811 (Adm IL 99)

ANSANI, ROBERT C. Fuchs & Roselli Ltd 200 S Wacker Dr Suite 600 Chgo 60606 **312-651-2435** Fax: 312-651-2499 (Adm IL 99)

ANSARI, ADAM M. Clark Hill PLC 130 E Randolph St Suite 3900 Chgo 60601 **312-985-5545** Fax: 312-985-5999 (Adm IL 13)

ANSARI, HUMZA Research Division IL Appellate Court 1st District 160 N La Salle St Room N-1411 Chgo 60601 **312-793-4494** (Adm IL 21)

ANSARI, SELMAAN I. The Law Office of Selmaan I Ansari 106 W Calendar Av #90 La Grange 60525 **773-677-0716** (Adm IL 05)

ANSARI, SHAHARYAR Sanchez Daniels & Hoffman LLP 333 W Wacker Dr Suite 500 Chgo 60606 **312-641-1555** Fax: 312-641-3004 (Adm IL 19)

ANSARI, TAMEEM Law Offices of Kola & Associates Ltd 800 Roosevelt Rd Suite B120 Glen Ellyn 60137 **630-790-6100** Fax: 630-790-6104 (Adm IL 23)

ANSARI HAQUE, SARAH S. Lincoln International LLC 110 N Wacker Dr 51st Fl Chgo 60606 **312-580-8339** (Adm IL 09)

ANSCOMBE, ANTHONY J. Steptoe LLP 227 W Monroe St Suite 4700 Chgo 60606 **312-577-1265** Fax: 312-577-1370 (Adm IL 99)

ANSEL, MARC J. 102 W Pennsylvania Av Urbana 61801 **217-384-7654** (Adm IL 74)

ANSELMENT, JASON A. Illinois Association of Park Districts 211 E Monroe St Springfield 62701 **217-523-4554** Fax: 217-523-4273 (Adm IL 01)

ANSELMO, FRANK M. JR. Frank M. Anselmo Jr. 1280 Iroquois Av Suite 100 Naperville 60563 **630-827-0161** Fax: 630-852-7063 (Adm IL 72)

ANSELMO, JILLIAN A. Felony Review Unit Cook County States Attorney 2650 S California Av Chgo 60608 **773-674-3020** (Adm IL 08)

ANSELMO, MICHAEL J. Anselmo & Wojcicki PC 1834 Walden Office Sq Suite 500 Schaumburg 60173 **630-359-8560** (Adm IL 12)

**ANDERSON, NEIL J.** Law Office of Neil J Anderson PC 1927 Main St Spring Grove 60081 ***815-675-6712*** Fax: 815-675-6659 (Adm IL 86)

**ANDERSON, NICHOLAS B.** Kirkland & Ellis LLP and Affiliated Partnerships 333 W Wolf Point Plaza Chgo 60654 ***312-862-4254*** (Adm IL 23)

**ANDERSON, NICOLE M.** Law Offices of Oran D Cart LLC 4300 Commerce Ct Suite 245 Lisle 60532 ***630-916-4200*** (Adm IL 13)

**ANDERSON, PAMELA WILKINS** Pamela Anderson Law 1001 Warrenville Rd Suite 150 Lisle 60532 ***331-208-8660*** (Adm IL 91)

**ANDERSON, PATRICK C.** Juris Writer LLC 821 N Waiola Av La Grange Park 60526 ***312-419-0001*** (Adm IL 11)

**ANDERSON, PATRICK J.** The Law Firm of Patrick J. Anderson 5 Revere Dr Suite 200 Northbrook 60062 ***847-832-9595*** Fax: 847-832-9597 (Adm IL 75)

**ANDERSON, PATTI MUELLER** First National Bank of Pennsylvania 1341 W Fullerton Av Suite 170 Chgo 60614 ***800-555-5455*** (Adm IL 85)

**ANDERSON, PAUL D.** 221 May St Sycamore 60178 ***815-895-2141*** (Adm IL 90)

**ANDERSON, PAUL S.** The Anderson Law Firm LLC 111 Barclay Blvd Suite 206 Lincolnshire 60069 ***312-300-4819*** Fax: 312-300-4794 (Adm IL 79)

**ANDERSON, PAUL W.** Kirkland & Ellis LLP and Affiliated Partnerships 333 W Wolf Point Plaza Chgo 60654 ***312-862-2585*** (Adm IL 10)

**ANDERSON, R. JOHN** Northeast Illinois Regional Commuter Railroad Corp d/b/a METRA/Metropolitan Rail Regional Transportation Authority 547 W Jackson Blvd 15th Fl Chgo 60661 ***312-322-7080*** Fax: 312-322-6698 (Adm IL 97)

**ANDERSON RASOR & PARTNERS LLP** 150 S Wacker Dr Suite 350 Chgo 60606 ***312-673-7800*** Fax: 312-673-7781
**Partner(s)** — Lisa M. DeLeon, Matthias D. Gill, Lisa M. Green, Sandra G. Iorio, Susan K. Laing, Mark J. Lura, Maureen A. McGuire, Anne Stalder Nelson, Jason A. Parson
**Associate(s)** — Walker J. Dillon, Celeste M. Elsey, Christopher C. Heery, Jesse M. Klein, Jennie E. Miskell, Lucia I. Vail

**ANDERSON, REGINA M.** Adlai E Stevenson High School 1 Stevenson Dr Lincolnshire 60069 ***847-415-4502*** (Adm IL 91)

**ANDERSON, RHANDI CHILDRESS** IL Board of Admissions to the Bar 625 S College St Springfield 62704 ***217-522-5917*** Fax: 217-522-3728 (Adm IL 11)

**ANDERSON, RICHARD A.** 11 N Slusser St Grayslake 60030 ***847-223-7010*** Fax: 847-223-7012 (Adm IL 94)

**ANDERSON, RICHARD C.** 518 W 62nd St Chgo 60621 ***(312) 513-7313*** (Adm IL 78)

**ANDERSON, RICHARD H.** 24 W Adams St Villa Park 60181 ***630-347-2795*** (Adm IL 83)

**ANDERSON, ROBERT B.** Bahr Anderson Law Group LLC 1751 S Naperville Rd Suite 209 Wheaton 60189 ***630-517-3410*** Fax: 630-462-1273 (Adm IL 08)

**ANDERSON, ROBERT H.** Benjamin & Shapiro Ltd 180 N La Salle St Suite 2600 Chgo 60601 ***312-641-5944*** Fax: 312-641-3370 (Adm IL 90)

**ANDERSON, ROBERT J.** 1751 S Naperville Rd Suite 209 Wheaton 60187 ***630-462-1113*** (Adm IL 74)

**ANDERSON, ROBERT R. III** Hughes Socol Piers Resnick & Dym Ltd Three First Natl Plaza 70 W Madison St Suite 4000 Chgo 60602 ***312-604-2632*** Fax: 312-604-2633 (Adm IL 84)

**ANDERSON, ROSS T.** Ross Anderson Law Offices 241 N. Main St. Suite E Edwardsville 62025 ***618-274-0434*** Fax: 618-274-8369 (Adm IL 78)

**ANDERSON, ROY D.** Anderson Law Office 415 N Duncan St PO Box 456 Marine 62061 ***618-531-1440*** (Adm IL 94)

**ANDERSON, RYAN CHRISTOPHER** Cook County States Attorney 69 W Washington St Suite 3200 Chgo 60602 ***312-603-1880*** (Adm IL 22)

**ANDERSON, RYAN J.** Ryan J. Anderson Law Office 611 Second St PO Box 174 Henry 61537 ***309-364-2354*** Fax: 309-364-9340 (Adm IL 06)

**ANDERSON, SAMI L.** Sami Anderson Law 301 N Neil St Suite 400 Champaign 61820 ***217-355-0400*** Fax: 217-355-0600 (Adm IL 07)

**ANDERSON, SARAH E.** Felony Trial Division Law Office of the Cook County Public Defender 2650 S California Av 7th Fl Chgo 60608 ***773-674-3217*** Fax: 773-674-3247 (Adm IL 08)

**ANDERSON, SARAH G.** Hinshaw & Culbertson LLP 151 N Franklin St Suite 2500 Chgo 60606 ***312-704-3091*** Fax: 312-704-3001 (Adm IL 21)

**ANDERSON, SCOTT JR.** Dodson Piraino & Associates 501 W University Av Champaign 61820 ***217-359-8200*** Fax: 217-359-9088 (Adm IL 73)

**ANDERSON, SCOTT F.** Blomquist & Anderson 121 S Wilke Rd Suite 301 Arlington Heights 60005 ***847-253-8100*** Fax: 847-253-0574 (Adm IL 89)

**ANDERSON, SCOTT L.** Anderson Law Offices PC 5711 N Lincoln Av Chgo 60659 ***773-728-3388*** Fax: 773-728-3344 (Adm IL 99)

**ANDERSON, SCOTT R.** Chapman and Cutler LLP 320 S Canal St 27th Fl Chgo 60606 ***312-845-3834*** Fax: 312-516-1834 (Adm IL 93)

**ANDERSON, SEAN J.** HBR Consulting 425 S Financial Pl Suite 2250 Chgo 60605 ***713-859-5985*** Fax: 312-857-1325 (Adm IL 09)

**ANDERSON, SEAN M.** University of Illinois College of Law 504 E Pennsylvania Av Champaign 61820 ***217-244-8256*** (Adm IL 97)

**ANDERSON, SETH** Kearney 227 W Monroe St Chgo 60606 ***312-648-0111*** Fax: 312-223-6200 (Adm IL 17)

**ANDERSON, SHELLY C.** Village of Rosemont 9501 W Devon St Rosemont 60018 ***847-825-4404*** (Adm IL 91)

**ANDERSON, STEPHANIE A.** Health Care Futures LP 300 Park Blvd Suite 200 Itasca 60143 ***630-467-1700*** (Adm IL 08)

**ANDERSON, STEVEN E.** Law Office of Steven E Anderson PC Chgo 60618 ***312-450-3513*** (Adm IL 07)

**ANDERSON, THEODORA ASHTON** Northern District of Illinois-Western Division Office of the US Attorney US Courthouse 327 S Church St Suite 3300 Rockford 61101 ***815-987-4444*** (Adm IL 13)

**ANDERSON, TRACY HOUFF** Compass Group 1 Grant Sq 2nd Fl Hinsdale 60521 ***(630) 452-3108*** (Adm IL 91)

**ANDERSON, TRENE PINNELL** 3935 Kennedy Rd Taylorville 62568 (Adm IL 03)

**ANDERSON, WALTER E. JR.** WE Anderson Law LLC PO Box 408642 Chgo 60640 ***312-785-7869*** (Adm IL 16)

**ANDERSON, WILLIAM MACK IV** Anderson Law Office 625 S Main St Creve Coeur 61610 ***309-694-6250*** Fax: 309-694-7541 (Adm IL 78)

**ANDERSON, WILLIAM R. JR.** Publicis Re:Sources, a Publicis Groupe Company 35 W Wacker Dr Chgo 60601 ***312-220-3879*** Fax: 312-220-6599 (Adm IL 92)

**ANDERSON, ZACHARY T.** Bolen Robinson & Ellis LLP 202 S Franklin St 2nd Fl Decatur 62523 ***217-429-4296*** Fax: 217-329-0034 (Adm IL 18)

**ANDERSON-COLON, MICHAEL P.** Taft Stettinius & Hollister LLP 111 E Wacker Dr Suite 2600 Chgo 60601 ***(312) 836-4160*** Fax: 312-527-4011 (Adm IL 11)

**ANDERSON-JONES, VALERIE JEAN** Winters and Company LLC 108 S Wynstone Park Dr Suite 100 North Barrington 60010 ***224-655-2106*** Fax: 847-382-6023 (Adm IL 86)

**ANDERSON-LICKLIDER, CAMILLE** Northwestern University 1201 Davis St Evanston 60201 ***847-467-5891*** (Adm IL 01)

**ANDERSON-STEPANEK, LAUREEN R.** Katsivalis & Anderson Law 7120 W Higgins Av Chgo 60656 ***773-657-3633*** Fax: 773.657.3580 (Adm IL 02)

**ANDERSON RYNDERS, RACHEL B.** 2316 W Walton St Apt 3E Chgo 60622 ***(715)864-5329*** (Adm IL 23)

**ANDERSON YOUNG, LORIANNA M.** District 6 Cook County States Attorney 16501 S Kedzie Pkwy Markham 60428 ***708-232-4040*** (Adm IL 22)

**ANDES, A. PATRICK** A. Patrick Andes 6 Summit Terr Lake Zurich 60047 ***773-524-7336*** (Adm IL 08)

**ANDES, FREDRIC P.** Barnes & Thornburg Suite 4400 Chgo 60606 ***312-214-831***
(Adm IL 80)

**ANDICH, DAVID W.** Andich & Andich 18
Rock Island 61201 ***309-788-9337*** Fax: 3
75)

**ANDICH, SARAH LAUREN** Sustainment Co
Rock Island Arsenal Rock Island 61299 3
07)

**ANDICH, STEPHEN G.** Andich & Andich 1
Rock Island 61201 ***309-788-9337*** Fax: 3
75)

**ANDINA, SANDRA L.** 1235 W Glenlake
***973-3130*** (Adm IL 79)

**ANDJELKOVICH, PETER** Peter Andjelkovic
Michigan Av Suite 810 Chgo 60601 ***312***
782-6517 (Adm IL 80)

**ANDOLINA, MICHAEL C.** White & Case
Suite 5100 Chgo 60606 ***312-881-538***
(Adm IL 99)

**ANDOLINO, LAWRENCE F.** Law Office
236 E North Av Northlake 60164 ***708-83***
1120 (Adm IL 95)

**ANDONELLIS, MILTEVA** Levenfeld Pearlst
side Plaza Suite 1800 Chgo 60606 ***312***
346-8434 (Adm IL 22)

**ANDONOVA MALLORY, ELIZABETH** Gene
of the IL Attorney General 100 W Rand
60601 ***312-814-8928*** Fax: 312-814-44
**ANDRACHICK, MATTHEW J.** Child Prot
Court of Cook County 2245 W Ogden
60612 ***312-433-4729*** Fax: 312-433-79

**ANDRADE, ARIANE A. P.** Cooley LLP 1
4200 Chgo 60606 ***312-881-6641*** Fax: 3
13)

**ANDRADE, NANCY C.** Chicago Commis
tions 740 N Sedgwick St 4th Fl Chgo 606
312-744-1081 (Adm IL 94)

**ANDRAS, TIFFANY M.** Greenberg Traurig
Suite 3100 Chgo 60601 ***312-456-106***
(Adm IL 15)

**ANDRASZ, LYDIA J.** Endeavor Health 420
ville 60555 ***630-527-5176*** (Adm IL 08)

**ANDRE, EMMANUEL** Law Office of the
Defender 69 W Washington St 16th Fl C
***0600*** Fax: 312-603-9626 (Adm IL 10)

**ANDRE, GREGORY R.** K&L Gates LLP 7
3300 Chgo 60602 ***312-807-4254*** Fax: 3
85)

**ANDRE, MICHAEL B.** Eugene L Griffin &
Wacker Dr Suite 650 Chgo 60606 ***312***
855-5048 (Adm IL 98)

**ANDRE, MICHELLE** Legal Division IL D
Rights 555 W Monroe St 7th Fl Chgo 606
312-814-1436 (Adm IL 88)

**ANDREACCHI, CHRISTINA M.** Christina
Lake St Suite 305 Hanover Park 6013
866-466-2673 (Adm IL 12)

**ANDREANO, ANTHONY P.** Andreano & L
Suite 506 Joliet 60432 ***815-954-817***
(Adm IL 96)

**ANDREANO, FRANK P.** Lee & Andreano
Suite 509 Joliet 60432 ***815-242-2000*** (

**ANDREANO, SAMUEL J.** Andreano & L
Suite 506 Joliet 60432 ***815-954-817***
(Adm IL 66)

**ANDREASEN, JOHN** Tabet DiVito & Rothst
St Suite 700 Chgo 60604 ***312-762-94***
(Adm IL 19)

**ANDREASIK, ANDREW R.** LKQ Corporati
Suite 2800 Chgo 60661 ***312-621-1950***

JAMES EISKANT B27936
9330 SHATTUC Rd
CENTRAILA IL 62801

This Correspondence
Is From An Inmate
of The IL Dept
of Corrections

SAINT LOUIS MO 630
PEORIA IL 616
AUG 2026

RECEIVED




US Central District
office of the circut clerk
500 E monRoe estReet
Room 309
PeoRia IL 61602

PRIVILEGED

6160332926